IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

**Roanoke**

ORLANDO LEE TRENT, #1007485/185492
a.k.a KEVIN JOHNSON,

      Petitioner,

v.                              CIVIL ACTION NO.  7:10-cv-00415

TRACY S. RAY,

      Respondent.

## RULE 5 ANSWER AND MOTION TO DISMISS

COMES NOW the Respondent Tracy S. Ray, by counsel, pursuant to Rule 5 of the *Rules Governing Section 2254 Cases*, and respectfully moves this Honorable Court to dismiss the Petition for Writ of Habeas Corpus for the reasons stated in the Memorandum in Support accompanying this Motion.

                              Respectfully submitted,

                              TRACY S. RAY

                              By:    <u>s/  Christopher D. Supino</u>
                                        Christopher D. Supino, VSB #74225
                                        Assistant Attorney General
                                        Public Safety & Enforcement Division
                                        Office of the Attorney General
                                        900 East Main Street
                                        Richmond, Virginia 23219
                                        (804) 786-5630
                                        (804) 786-4239 (Fax)
                                        E-mail:  csupino@oag.state.va.us

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of February, 2011, I electronically filed the foregoing Answer and Motion to Dismiss with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: N/A, and I hereby certify that I have mailed by United States Postal Service the documents to the following non-CM/ECF participants: Kevin Johnson, #1007485, Red Onion State Prison, P.O. Box 1900, Pound, Virginia 24279.

        s/ Christopher D. Supino
        Christopher D. Supino, VSB #74225
        Assistant Attorney General
        Public Safety & Enforcement Division
        Office of the Attorney General
        900 East Main Street
        Richmond, Virginia 23219
        (804) 786-5630
        (804) 786-4239 (Fax)
        E-mail: csupino@oag.state.va.us