## Virginia Department of Corrections

**OSC-107**                                               Summary Audit

| | |
|---|---|
| **DOC #:** 1007485 | **Offender:** Johnson, Kevin | **Print Date:** 1/27/2011 11:53 AM |
| **Status:** Active | **Location:** Red Onion State Prison | **Page:** 3 of 46 |

**Date**          **Description**

| | | |
|---|---|---|
| 03/01/1991 | **Sentence:** | Richmond City Circuit - Docket:<br>Offense: Use Of Firearm In Felony{NCIC-5252}<br>Offense Date: 06/04/1990<br>Good Time System: Good Conduct Allowance<br>Consecutive; Straight<br>Felony Term Indicator: 1<br>Imposed: 4 Years 0 Months 0 Days<br>Comments: IN ATTEMPTED MURDER |
| 03/01/1991 | **Sentence:** | Richmond City Circuit - Docket:<br>Offense: Homicide-Attempted{NCIC-999}<br>Offense Date: 06/04/1990<br>Good Time System: Good Conduct Allowance<br>Consecutive; Straight<br>Felony Term Indicator: 1<br>Imposed: 10 Years 0 Months 0 Days |
| 03/01/1991 | **Sentence:** | Richmond City Circuit - Docket:<br>Offense: Use Of Firearm In Felony{NCIC-5252}<br>Offense Date: 06/04/1990<br>Good Time System: Good Conduct Allowance<br>Consecutive; Straight<br>Felony Term Indicator: 1<br>Imposed: 4 Years 0 Months 0 Days<br>Comments: IN ATTEMPTED MURDER |
| 06/11/1991 | **Class Level:** | 3 |
| 08/01/1991 | **Disciplinary:** | 213 - 213 - Failure To Follow Count Rules<br>Lost: 0 days SGT<br>REPRIMAND. |
| 10/10/1991 | **Disciplinary:** | 222 - 222 - Use Vulgar/Insolent Language<br>Lost: 0 days SGT<br>Isolation<br>Date In: 11/02/1991   Date Out: 11/06/1991   Total Days: 5 |
| 10/18/1991 | **Disciplinary:** | 222 - 222 - Use Vulgar/Insolent Language<br>Lost: 0 days SGT<br>Isolation<br>Date In: 10/28/1991   Date Out: 11/01/1991   Total Days: 5 |
| 10/28/1991 | **Class Level:** | 4 |
| 11/01/1991 | **Class Level:** | 3 |

**Virginia Department of Corrections**

OSC-107                                        **Summary Audit**

| | | | |
|---|---|---|---|
| **DOC #:**  1007485 | **Offender:**  Johnson, Kevin | | **Print Date:** 1/27/2011 11:53 AM |
| **Status:**  Active | **Location:**  Red Onion State Prison | | **Page:**  4 of 46 |

| <u>**Date**</u> | <u>**Description**</u> |
|---|---|
| 11/02/1991 | **Class Level:**   4 |
| 11/06/1991 | **Class Level:**   3 |
| 12/04/1991 | **Disciplinary:**   213 - 213 - Failure To Follow Count Rules<br>Lost: 0 days SGT<br>REPRIMAND. |
| 12/05/1991 | **Disciplinary:**   222 - 222 - Use Vulgar/Insolent Language<br>Lost: 0 days SGT<br>LOSS 15D. COMMISSARY |
| 12/11/1991 | **Disciplinary:**   205 - 205 - Delaying/Hindering Employee<br>Lost: 30 days SGT<br>Applied: 15.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release<br>15D.ISOL.TRANSFERRED |
| 12/13/1991 | **Disciplinary:**   102 - 102 - Possession Of A Weapon<br>Lost: 90 days SGT<br>Applied: 14.50 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release<br>Pre Hearing Days<br>Date In: 12/13/1991   Date Out: 12/20/1991   Total Days: 8<br>15D.ISOL/8D.PHD.TRANSFR |
| 12/13/1991 | **Class Level:**   4 |
| 12/20/1991 | **Class Level:**   3 |
| 02/07/1992 | **Disciplinary:**   212 - 212 - Threatening Bodily Harm<br>Lost: 0 days SGT<br>Pre Hearing Days<br>Date In: 02/07/1992   Date Out: 02/13/1992   Total Days: 7<br>Isolation<br>Date In: 02/14/1992   Date Out: 02/21/1992   Total Days: 8 |
| 02/07/1992 | **Class Level:**   4 |
| 02/13/1992 | **Class Level:**   3 |
| 02/14/1992 | **Class Level:**   4 |
| 02/18/1992 | **Disciplinary:**   111 - 111 - Damage Prop,; State/Any Person<br>Lost: 0 days SGT<br>REPRIMAND. |

**Virginia Department of Corrections**

**OSC-107**                                    **Summary Audit**

| DOC #:  1007485 | **Offender:**  Johnson, Kevin | **Print Date:** 1/27/2011 11:53 AM |
|---|---|---|
| **Status:**  Active | **Location:**  Red Onion State Prison | **Page:**        5 of 46 |

| <u>Date</u> | <u>Description</u> |
|---|---|

02/18/1992     **Disciplinary:**    102 - 102 - Possession Of A Weapon
Lost: 90 days SGT
Applied: 8.33 days lost for Discretionary Parole
Applied: 0.00 days lost for Release
Isolation
Date In: 03/08/1992   Date Out: 03/22/1992   Total Days: 15

02/21/1992     **Disciplinary:**    102 - 102 - Possession Of A Weapon
Lost: 0 days SGT
Isolation
Date In: 04/07/1992   Date Out: 04/21/1992   Total Days: 15

02/21/1992     **Class Level:**     3
03/08/1992     **Class Level:**     4

03/17/1992     **Disciplinary:**    105 - 105 - Assault Upon Any Person
Lost: 0 days SGT
Isolation
Date In: 05/07/1992   Date Out: 05/21/1992   Total Days: 15

03/22/1992     **Class Level:**     3
04/07/1992     **Class Level:**     4

04/17/1992     **Disciplinary:**    111 - 111 - Damage Prop,; State/Any Person
Lost: 0 days SGT
30 DAYS LOSS TELEPHONE

04/21/1992     **Class Level:**     3
05/07/1992     **Class Level:**     4

05/18/1992     **Disciplinary:**    102 - 102 - Possession Of A Weapon
Lost: 0 days SGT
Pre Hearing Days
Date In: 05/22/1992   Date Out: 05/26/1992   Total Days: 5
Isolation
Date In: 05/27/1992   Date Out: 06/05/1992   Total Days: 10

05/21/1992     **Class Level:**     3
05/22/1992     **Class Level:**     4
05/26/1992     **Class Level:**     3

**Virginia Department of Corrections**

OSC-107                                                      **Summary Audit**

| | | |
|---|---|---|
| **DOC #:** 1007485 | **Offender:** Johnson, Kevin | **Print Date:** 1/27/2011 11:53 AM |
| **Status:** Active | **Location:** Red Onion State Prison | **Page:** 6 of 46 |

| **Date** | **Description** |
|---|---|
| 05/27/1992 | **Class Level:** 4 |
| 06/05/1992 | **Class Level:** 3 |
| 06/10/1992 | **Disciplinary:** 222 - 222 - Use Vulgar/Insolent Language<br>Lost: 0 days SGT<br>REPRIMAND |
| 06/18/1992 | **Disciplinary:** 105 - 105 - Assault Upon Any Person<br>Lost: 0 days SGT<br>Pre Hearing Days<br>Date In: 06/18/1992   Date Out: 06/25/1992   Total Days: 8<br>Isolation<br>Date In: 06/26/1992   Date Out: 07/02/1992   Total Days: 7 |
| 06/18/1992 | **Class Level:** 4 |
| 06/22/1992 | **Disciplinary:** 105 - 105 - Assault Upon Any Person<br>Lost: 30 days SGT<br>Applied: 10.50 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release |
| 06/25/1992 | **Class Level:** 3 |
| 06/26/1992 | **Class Level:** 4 |
| 07/02/1992 | **Class Level:** 3 |
| 07/04/1992 | **Disciplinary:** 229 - 229 - Being In An Unauthorized Area<br>Lost: 0 days SGT<br>Pre Hearing Days<br>Date In: 07/04/1992   Date Out: 07/13/1992   Total Days: 10<br>Isolation<br>Date In: 07/14/1992   Date Out: 07/18/1992   Total Days: 5 |
| 07/04/1992 | **Class Level:** 4 |
| 07/13/1992 | **Disciplinary:** 105 - 105 - Assault Upon Any Person<br>Lost: 30 days SGT<br>Applied: 0.50 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release |
| 07/13/1992 | **Class Level:** 3 |

**Virginia Department of Corrections**

**OSC-107**                                    Summary Audit

| DOC #: 1007485 | **Offender:** Johnson, Kevin | **Print Date:** 1/27/2011 11:53 AM |
|---|---|---|
| **Status:** Active | **Location:** Red Onion State Prison | **Page:** 7 of 46 |

| <u>**Date**</u> | <u>**Description**</u> | |
|---|---|---|
| 07/14/1992 | **Disciplinary:** | 105 - 105 - Assault Upon Any Person<br>Lost: 0 days SGT<br>30D LOSS COMMISSARY |
| 07/14/1992 | **Class Level:** | 4 |
| 07/18/1992 | **Class Level:** | 3 |
| 07/19/1992 | **Disciplinary:** | 105 - 105 - Assault Upon Any Person<br>Lost: 30 days SGT<br>Applied: 0.33 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release |
| 08/10/1992 | **Sentence:** | Buckingham Circuit - Docket:<br>Offense: Possession Of Weapon{NCIC-5212}<br>Offense Date: 02/18/1992<br>Good Time System: Good Conduct Allowance<br>Consecutive; Nolle Prosse<br>Felony Term Indicator: 1<br>Comments: UNAUTHORIZED INST. |
| 09/11/1992 | **Disciplinary:** | 112 - 112 - Demand/Receive Under Threat<br>Lost: 0 days SGT<br>Pre Hearing Days<br>Date In: 09/11/1992   Date Out: 09/14/1992   Total Days: 4 |
| 09/11/1992 | **Disciplinary:** | 206 - 206 - Lying/Giving False Information<br>Lost: 10 days SGT<br>Applied: 5.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release |
| 09/11/1992 | **Class Level:** | 4 |
| 09/14/1992 | **Disciplinary:** | 105 - 105 - Assault Upon Any Person<br>Lost: 0 days SGT<br>Isolation<br>Date In: 09/19/1992   Date Out: 09/28/1992   Total Days: 10 |
| 09/14/1992 | **Class Level:** | 3 |
| 09/19/1992 | **Class Level:** | 4 |

## Virginia Department of Corrections

**OSC-107**                                                           **Summary Audit**

| | | |
|---|---|---|
| **DOC #:** 1007485 | **Offender:** Johnson, Kevin | **Print Date:** 1/27/2011 11:53 AM |
| **Status:** Active | **Location:** Red Onion State Prison | **Page:** 8 of 46 |

**Date**          **Description**

09/20/1992    **Disciplinary:**    222 - 222 - Use Vulgar/Insolent Language
Lost: 30 days SGT
Applied: 4.83 days lost for Discretionary Parole
Applied: 0.00 days lost for Release

09/28/1992    **Class Level:**    3

10/19/1992    **Disciplinary:**    105 - 105 - Assault Upon Any Person
Lost: 0 days SGT
10D ISOL/SUSP.TRANSFER

10/19/1992    **Disciplinary:**    210 - 210 - Indecent Exposure
Lost: 0 days SGT
Pre Hearing Days
Date In: 10/19/1992   Date Out: 10/20/1992   Total Days: 2
Isolation
Date In: 10/21/1992   Date Out: 10/28/1992   Total Days: 8

10/19/1992    **Disciplinary:**    210 - 210 - Indecent Exposure
Lost: 15 days SGT
Applied: 3.50 days lost for Discretionary Parole
Applied: 0.00 days lost for Release

10/19/1992    **Class Level:**    4

10/20/1992    **Disciplinary:**    104 - 104 - Setting A Fire
Lost: 0 days SGT
15D LOSS CANTEEN PRIV

10/20/1992    **Disciplinary:**    105 - 105 - Assault Upon Any Person
Lost: 0 days SGT
15D ISOL/TRANSFERRED

10/20/1992    **Class Level:**    3

10/21/1992    **Class Level:**    4

10/23/1992    **Disciplinary:**    111 - 111 - Damage Prop,; State/Any Person
Lost: 0 days SGT
15D LOSS TELEPHONE PRIV

**Virginia Department of Corrections**

OSC-107                                    **Summary Audit**

| | | |
|---|---|---|
| **DOC #:** 1007485 | **Offender:** Johnson, Kevin | **Print Date:** 1/27/2011 11:53 AM |
| **Status:** Active | **Location:** Red Onion State Prison | **Page:** 9 of 46 |

| <u>Date</u> | <u>Description</u> |
|---|---|
| 10/27/1992 | **Disciplinary:** 105 - 105 - Assault Upon Any Person<br>Lost: 0 days SGT<br>Isolation<br>Date In: 11/08/1992   Date Out: 11/10/1992   Total Days: 3<br>10D ISOL/TRANSFERED |
| 10/28/1992 | **Class Level:** 3 |
| 11/08/1992 | **Class Level:** 4 |
| 11/10/1992 | **Class Level:** 3 |
| 11/27/1992 | **Disciplinary:** 111 - 111 - Damage Prop,; State/Any Person<br>Lost: 0 days SGT<br>Isolation<br>Date In: 12/03/1992   Date Out: 12/07/1992   Total Days: 5 |
| 12/03/1992 | **Class Level:** 4 |
| 12/07/1992 | **Class Level:** 3 |
| 12/15/1992 | **Disciplinary:** 111 - 111 - Damage Prop,; State/Any Person<br>Lost: 0 days SGT<br>15D CELL RESTRICTION |
| 12/15/1992 | **Disciplinary:** 205 - 205 - Delaying/Hindering Employee<br>Lost: 0 days SGT<br>15D CELL RESTRICTION |
| 12/29/1992 | **Disciplinary:** 105 - 105 - Assault Upon Any Person<br>Lost: 0 days SGT<br>Isolation<br>Date In: 01/12/1993   Date Out: 01/26/1993   Total Days: 15 |
| 01/12/1993 | **Class Level:** 4 |
| 01/26/1993 | **Class Level:** 3 |
| 02/01/1993 | **Disciplinary:** 212 - 212 - Threatening Bodily Harm<br>Lost: 30 days SGT<br>Applied: 12.83 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release<br>Isolation<br>Date In: 03/18/1993   Date Out: 04/01/1993   Total Days: 15 |

**Virginia Department of Corrections**

**OSC-107**                                             **Summary Audit**

| | | |
|---|---|---|
| **DOC #:**  1007485 | **Offender:**  Johnson, Kevin | **Print Date:** 1/27/2011 11:53 AM |
| **Status:**  Active | **Location:**  Red Onion State Prison | **Page:**       10 of 46 |

**Date**              **Description**

02/01/1993      **Disciplinary:**   210 - 210 - Indecent Exposure
                                    Lost: 0 days SGT
                                    Isolation
                                    Date In: 02/16/1993   Date Out: 03/02/1993   Total Days: 15


02/16/1993      **Class Level:**    4

02/25/1993      **Disciplinary:**   111 - 111 - Damage Prop,; State/Any Person
                                    Lost: 30 days SGT
                                    Applied: 2.50 days lost for Discretionary Parole
                                    Applied: 0.00 days lost for Release


02/26/1993      **Disciplinary:**   105 - 105 - Assault Upon Any Person
                                    Lost: 60 days SGT
                                    Applied: 0.00 days lost for Discretionary Parole
                                    Applied: 0.00 days lost for Release
                                    Isolation
                                    Date In: 04/17/1993   Date Out: 05/01/1993   Total Days: 15


03/02/1993      **Class Level:**    3

03/05/1993      **Disciplinary:**   105 - 105 - Assault Upon Any Person
                                    Lost: 0 days SGT
                                    Isolation
                                    Date In: 05/17/1993   Date Out: 05/31/1993   Total Days: 15


03/10/1993      **Disciplinary:**   212 - 212 - Threatening Bodily Harm
                                    Lost: 30 days SGT
                                    Applied: 1.33 days lost for Discretionary Parole
                                    Applied: 0.00 days lost for Release
                                    Isolation
                                    Date In: 06/16/1993   Date Out: 06/30/1993   Total Days: 15


03/18/1993      **Class Level:**    4

03/24/1993      **Disciplinary:**   109B - 109B - Possession; Intoxicants
                                    Lost: 60 days SGT
                                    Applied: 1.33 days lost for Discretionary Parole
                                    Applied: 0.00 days lost for Release
                                    Isolation
                                    Date In: 07/16/1993   Date Out: 07/30/1993   Total Days: 15

## Virginia Department of Corrections

OSC-107                                   Summary Audit

| DOC #: 1007485 | Offender: Johnson, Kevin | Print Date: 1/27/2011 11:53 AM |
|---|---|---|
| Status: Active | Location: Red Onion State Prison | Page: 11 of 46 |

| **Date** | **Description** |
|---|---|

**03/30/1993** **Disciplinary:** 198 - 198 - Consp./Attempt/Abet 100 Series
Lost: 0 days SGT
15D CELL RESTRICTION

**03/31/1993** **Disciplinary:** 105 - 105 - Assault Upon Any Person
Lost: 30 days SGT
Applied: 0.00 days lost for Discretionary Parole
Applied: 0.00 days lost for Release
15D ISOL SUSPENDED

**03/31/1993** **Disciplinary:** 105 - 105 - Assault Upon Any Person
Lost: 30 days SGT
Applied: 0.00 days lost for Discretionary Parole
Applied: 0.00 days lost for Release
Isolation
Date In: 10/14/1993  Date Out: 10/28/1993  Total Days: 15

**04/01/1993** **Disciplinary:** 105 - 105 - Assault Upon Any Person
Lost: 30 days SGT
Applied: 0.00 days lost for Discretionary Parole
Applied: 0.00 days lost for Release
Isolation
Date In: 11/13/1993  Date Out: 11/27/1993  Total Days: 15

**04/01/1993** **Class Level:** 3

**04/17/1993** **Class Level:** 4

**05/01/1993** **Class Level:** 3

**05/08/1993** **Disciplinary:** 105 - 105 - Assault Upon Any Person
Lost: 90 days SGT
Applied: 3.83 days lost for Discretionary Parole
Applied: 0.00 days lost for Release
15D ISOL SUSPENDED

**05/10/1993** **Disciplinary:** 102 - 102 - Possession Of A Weapon
Lost: 90 days SGT
Applied: 0.33 days lost for Discretionary Parole
Applied: 0.00 days lost for Release
15D ISOL SUSPENDED

**05/17/1993** **Class Level:** 4

**Virginia Department of Corrections**

OSC-107                                      Summary Audit

| | | |
|---|---|---|
| **DOC #:** 1007485 | **Offender:** Johnson, Kevin | **Print Date:** 1/27/2011 11:53 AM |
| **Status:** Active | **Location:** Red Onion State Prison | **Page:** 12 of 46 |

**Date** | **Description**
---|---

05/20/1993 | **Disciplinary:** 198 - 198 - Consp./Attempt/Abet 100 Series
Lost: 0 days SGT
10D ISOL SUSPENDED

05/29/1993 | **Disciplinary:** 102 - 102 - Possession Of A Weapon
Lost: 0 days SGT
15D ISOL/SUSP/TRANSFERED

05/29/1993 | **Disciplinary:** 105 - 105 - Assault Upon Any Person
Lost: 0 days SGT
15D ISOL/SUSP/TRANSFERED

05/29/1993 | **Disciplinary:** 105 - 105 - Assault Upon Any Person
Lost: 90 days SGT
Applied: 1.17 days lost for Discretionary Parole
Applied: 0.00 days lost for Release
Isolation
Date In: 09/01/1993   Date Out: 09/15/1993   Total Days: 15

05/31/1993 | **Disciplinary:** 105 - 105 - Assault Upon Any Person
Lost: 90 days SGT
Applied: 0.00 days lost for Discretionary Parole
Applied: 0.00 days lost for Release
Isolation
Date In: 08/01/1993   Date Out: 08/15/1993   Total Days: 15

05/31/1993 | **Class Level:** 3

06/13/1993 | **Disciplinary:** 105 - 105 - Assault Upon Any Person
Lost: 60 days SGT
Applied: 2.17 days lost for Discretionary Parole
Applied: 0.00 days lost for Release
Pre Hearing Days
Date In: 12/01/1993   Date Out: 12/05/1993   Total Days: 5
Isolation
Date In: 12/06/1993   Date Out: 12/15/1993   Total Days: 10

06/16/1993 | **Class Level:** 4

**Virginia Department of Corrections**

**OSC-107**                                    **Summary Audit**

| **DOC #:** 1007485 | **Offender:** Johnson, Kevin | **Print Date:** 1/27/2011 11:53 AM |
|---|---|---|
| **Status:** Active | **Location:** Red Onion State Prison | **Page:** 13 of 46 |

| **Date** | **Description** | |
|---|---|---|

**06/19/1993**   **Disciplinary:**   102 - 102 - Possession Of A Weapon
Lost: 60 days SGT
Applied: 0.50 days lost for Discretionary Parole
Applied: 0.00 days lost for Release
15D ISO SUSP/ TRANSFER

**06/19/1993**   **Disciplinary:**   104 - 104 - Setting A Fire
Lost: 90 days SGT
Applied: 0.00 days lost for Discretionary Parole
Applied: 0.00 days lost for Release
15D ISO SUSP/ TRANSFER

**06/21/1993**   **Disciplinary:**   111 - 111 - Damage Prop,; State/Any Person
Lost: 0 days SGT
15D ISO SUSP/ TRANSFER

**06/23/1993**   **Disciplinary:**   105 - 105 - Assault Upon Any Person
Lost: 0 days SGT
5D ISOL SUSPENDED

**06/24/1993**   **Disciplinary:**   198 - 198 - Consp./Attempt/Abet 100 Series
Lost: 0 days SGT
15D ISO SUSP/ TRANSFER

**06/24/1993**   **Disciplinary:**   201 - 201 - Disobeying An Order
Lost: 0 days SGT
15D LOSS CANTEEN PRIV.

**06/30/1993**   **Class Level:**   3

**07/14/1993**   **Disciplinary:**   210 - 210 - Indecent Exposure
Lost: 0 days SGT
15D ISO SUSP/ TRANSFER

**07/16/1993**   **Class Level:**   4

**07/30/1993**   **Class Level:**   3

**08/01/1993**   **Class Level:**   4

**08/11/1993**   **Disciplinary:**   201 - 201 - Disobeying An Order
Lost: 0 days SGT
REPRIMAND

**08/15/1993**   **Class Level:**   3

**Virginia Department of Corrections**

OSC-107                                    **Summary Audit**

| | |
|---|---|
| **DOC #:** 1007485 | **Offender:** Johnson, Kevin | **Print Date:** 1/27/2011 11:53 AM |
| **Status:** Active | **Location:** Red Onion State Prison | **Page:** 14 of 46 |

| <u>Date</u> | <u>Description</u> |
|---|---|
| 09/01/1993 | **Class Level:** 4 |
| 09/04/1993 | **Disciplinary:** 111 - 111 - Damage Prop,; State/Any Person<br>Lost: 10 days SGT<br>Applied: 5.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release<br>10D ISO SUSP/ TRANSFER |
| 09/04/1993 | **Disciplinary:** 102 - 102 - Possession Of A Weapon<br>Lost: 10 days SGT<br>Applied: 0.83 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release<br>15D ISO SUSP/ TRANSFER |
| 09/04/1993 | **Disciplinary:** 105 - 105 - Assault Upon Any Person<br>Lost: 5 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release<br>15D ISO SUSP/ TRANSFER |
| 09/15/1993 | **Class Level:** 3 |
| 10/14/1993 | **Class Level:** 4 |
| 10/27/1993 | **Disciplinary:** 105 - 105 - Assault Upon Any Person<br>Lost: 60 days SGT<br>Applied: 4.83 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release<br>15DYS ISOLATION SUSP. |
| 10/28/1993 | **Class Level:** 3 |
| 11/03/1993 | **Disciplinary:** 105 - 105 - Assault Upon Any Person<br>Lost: 0 days SGT<br>Pre Hearing Days<br>Date In: 11/03/1993   Date Out: 11/12/1993   Total Days: 10<br>15D ISO/BAL SUS TRANSFER |
| 11/03/1993 | **Class Level:** 4 |
| 11/12/1993 | **Class Level:** 3 |
| 11/13/1993 | **Class Level:** 4 |
| 11/27/1993 | **Class Level:** 3 |
| 12/01/1993 | **Class Level:** 4 |
| 12/05/1993 | **Class Level:** 3 |

## Virginia Department of Corrections

**OSC-107**                                          **Summary Audit**

| | | |
|---|---|---|
| **DOC #:**  1007485 | **Offender:**  Johnson, Kevin | **Print Date:** 1/27/2011 11:53 AM |
| **Status:**  Active | **Location:**  Red Onion State Prison | **Page:**      15 of 46 |

| **Date** | **Description** | |
|---|---|---|
| 12/06/1993 | **Class Level:** | 4 |
| 12/15/1993 | **Class Level:** | 3 |
| 01/23/1994 | **Disciplinary:** | 111 - 111 - Damage Prop,; State/Any Person<br>Lost: 0 days SGT<br>15DYS CELL RESTRICTION |
| 01/30/1994 | **Disciplinary:** | 102 - 102 - Possession Of A Weapon<br>Lost: 0 days SGT<br>Pre Hearing Days<br>Date In: 01/30/1994   Date Out: 02/08/1994   Total Days: 10<br>15D ISOL 5D SUSPENDED |
| 01/30/1994 | **Disciplinary:** | 201 - 201 - Disobeying An Order<br>Lost: 0 days SGT<br>15DY CELL RESTRICTION |
| 01/30/1994 | **Class Level:** | 4 |
| 02/08/1994 | **Class Level:** | 3 |
| 02/23/1994 | **Disciplinary:** | 201 - 201 - Disobeying An Order<br>Lost: 0 days SGT<br>15D CELL RESTRICTION |
| 03/08/1994 | **Disciplinary:** | 111 - 111 - Damage Prop,; State/Any Person<br>Lost: 0 days SGT<br>15D LSGT SUSPENDED |
| 03/11/1994 | **Disciplinary:** | 104 - 104 - Setting A Fire<br>Lost: 0 days SGT<br>30D LSGT SUSPENDED |
| 03/11/1994 | **Disciplinary:** | 105 - 105 - Assault Upon Any Person<br>Lost: 0 days SGT<br>15D ISOL SUSPENDED |
| 03/13/1994 | **Disciplinary:** | 105 - 105 - Assault Upon Any Person<br>Lost: 0 days SGT<br>30D LSGT SUSPENDED |
| 03/13/1994 | **Disciplinary:** | 105 - 105 - Assault Upon Any Person<br>Lost: 0 days SGT<br>15D ISOL SUSPENDED |

## Virginia Department of Corrections

**OSC-107**                                             **Summary Audit**

| | | |
|---|---|---|
| **DOC #:** 1007485 | **Offender:** Johnson, Kevin | **Print Date:** 1/27/2011 11:53 AM |
| **Status:** Active | **Location:** Red Onion State Prison | **Page:** 16 of 46 |

| **Date** | **Description** | |
|---|---|---|
| 03/13/1994 | **Disciplinary:** | 102 - 102 - Possession Of A Weapon<br>Lost: 0 days SGT<br>30D LSGT SUSPENDED |
| 03/13/1994 | **Disciplinary:** | 105 - 105 - Assault Upon Any Person<br>Lost: 0 days SGT<br>30D LSGT SUSPENDED |
| 03/27/1994 | **Disciplinary:** | 222 - 222 - Use Vulgar/Insolent Language<br>Lost: 0 days SGT<br>Pre Hearing Days<br>Date In: 03/27/1994   Date Out: 03/31/1994   Total Days: 5 |
| 03/27/1994 | **Class Level:** | 4 |
| 03/31/1994 | **Class Level:** | 3 |
| 04/16/1994 | **Disciplinary:** | 105 - 105 - Assault Upon Any Person<br>Lost: 0 days SGT<br>Isolation<br>Date In: 05/06/1994   Date Out: 05/20/1994   Total Days: 15 |
| 04/16/1994 | **Disciplinary:** | 229 - 229 - Being In An Unauthorized Area<br>Lost: 0 days SGT<br>Pre Hearing Days<br>Date In: 04/16/1994   Date Out: 04/25/1994   Total Days: 10 |
| 04/16/1994 | **Class Level:** | 4 |
| 04/19/1994 | **Disciplinary:** | 105 - 105 - Assault Upon Any Person<br>Lost: 30 days SGT<br>Applied: 15.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release |
| 04/20/1994 | **Disciplinary:** | 111 - 111 - Damage Prop,; State/Any Person<br>Lost: 15 days SGT<br>Applied: 5.17 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release |
| 04/25/1994 | **Class Level:** | 3 |
| 05/06/1994 | **Class Level:** | 4 |

**Virginia Department of Corrections**

OSC-107                                     **Summary Audit**

| DOC #: 1007485 | **Offender:** Johnson, Kevin | **Print Date:** 1/27/2011 11:53 AM |
|---|---|---|
| **Status:** Active | **Location:** Red Onion State Prison | **Page:** 17 of 46 |

| Date | Description | |
|---|---|---|
| 05/20/1994 | **Class Level:** | 3 |
| 06/17/1994 | **Class Level:** | 4 |
| 07/08/1994 | **Disciplinary:** | 210 - 210 - Indecent Exposure<br>Lost: 0 days SGT<br>Isolation<br>Date In: 07/20/1994   Date Out: 07/29/1994   Total Days: 10 |
| 07/10/1994 | **Disciplinary:** | 210 - 210 - Indecent Exposure<br>Lost: 0 days SGT<br>LOSS CANTEEN 30 DAYS |
| 07/20/1994 | **Class Level:** | 4 |
| 07/29/1994 | **Class Level:** | 4 |
| 08/09/1994 | **Disciplinary:** | 210 - 210 - Indecent Exposure<br>Lost: 0 days SGT<br>Isolation<br>Date In: 08/23/1994   Date Out: 09/06/1994   Total Days: 15 |
| 08/23/1994 | **Class Level:** | 4 |
| 08/24/1994 | **Disciplinary:** | 210 - 210 - Indecent Exposure<br>Lost: 0 days SGT<br>REPRIMAND |
| 08/25/1994 | **Disciplinary:** | 205 - 205 - Delaying/Hindering Employee<br>Lost: 0 days SGT<br>REPRIMAND |
| 08/30/1994 | **Disciplinary:** | 111 - 111 - Damage Prop,; State/Any Person<br>Lost: 0 days SGT<br>REPRIMAND |
| 09/02/1994 | **Disciplinary:** | 111 - 111 - Damage Prop,; State/Any Person<br>Lost: 15 days SGT<br>Applied: 6.50 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release |
| 09/06/1994 | **Class Level:** | 4 |

**Virginia Department of Corrections**

OSC-107                                        **Summary Audit**

| | | |
|---|---|---|
| **DOC #:** 1007485 | **Offender:** Johnson, Kevin | **Print Date:** 1/27/2011 11:53 AM |
| **Status:** Active | **Location:** Red Onion State Prison | **Page:** 18 of 46 |

| <u>Date</u> | <u>Description</u> |
|---|---|
| 09/07/1994 | **Disciplinary:** 102 - 102 - Possession Of A Weapon<br>Lost: 0 days SGT<br>Pre Hearing Days<br>Date In: 09/07/1994   Date Out: 09/16/1994   Total Days: 10 |
| 09/07/1994 | **Disciplinary:** 105 - 105 - Assault Upon Any Person<br>Lost: 0 days SGT<br>Isolation<br>Date In: 10/11/1994   Date Out: 10/25/1994   Total Days: 15 |
| 09/07/1994 | **Disciplinary:** 201 - 201 - Disobeying An Order<br>Lost: 0 days SGT<br>10DYS ISO/TRANSFERED |
| 09/07/1994 | **Class Level:** 4 |
| 09/16/1994 | **Disciplinary:** 102 - 102 - Possession Of A Weapon<br>Lost: 0 days SGT<br>15DY.ISO.NOT SERV/TRANS. |
| 09/16/1994 | **Class Level:** 4 |
| 10/11/1994 | **Class Level:** 4 |
| 10/18/1994 | **Disciplinary:** 224 - 224 - Possession Of Contraband<br>Lost: 0 days SGT<br>REPRIMAND |
| 10/25/1994 | **Class Level:** 4 |
| 02/12/1995 | **Disciplinary:** 212 - 212 - Threatening Bodily Harm<br>Lost: 30 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release<br>Isolation<br>Date In: 03/24/1995   Date Out: 04/07/1995   Total Days: 15 |

**Virginia Department of Corrections**

**OSC-107**                                    **Summary Audit**

| | | |
|---|---|---|
| **DOC #:** 1007485 | **Offender:** Johnson, Kevin | **Print Date:** 1/27/2011 11:53 AM |
| **Status:** Active | **Location:** Red Onion State Prison | **Page:** 19 of 46 |

| <u>Date</u> | <u>Description</u> |
|---|---|

**Date**        **Description**

03/01/1995    **Disciplinary:**   198 - 198 - Consp./Attempt/Abet 100 Series
Lost: 30 days SGT
Applied: 0.00 days lost for Discretionary Parole
Applied: 0.00 days lost for Release
Isolation
Date In: 04/24/1995   Date Out: 05/08/1995   Total Days: 15

03/01/1995    **Disciplinary:**   102 - 102 - Possession Of A Weapon
Lost: 90 days SGT
Applied: 0.00 days lost for Discretionary Parole
Applied: 0.00 days lost for Release
Isolation
Date In: 05/23/1995   Date Out: 06/06/1995   Total Days: 15

03/01/1995    **Disciplinary:**   216 - 216 - Poss; Unauthorized Money-Field Units
Lost: 30 days SGT
Applied: 0.00 days lost for Discretionary Parole
Applied: 0.00 days lost for Release

03/06/1995    **Disciplinary:**   102 - 102 - Possession Of A Weapon
Lost: 90 days SGT
Applied: 0.00 days lost for Discretionary Parole
Applied: 0.00 days lost for Release
Isolation
Date In: 07/24/1995   Date Out: 08/07/1995   Total Days: 15

03/07/1995    **Disciplinary:**   102 - 102 - Possession Of A Weapon
Lost: 90 days SGT
Applied: 0.00 days lost for Discretionary Parole
Applied: 0.00 days lost for Release
Isolation
Date In: 06/22/1995   Date Out: 07/06/1995   Total Days: 15

03/13/1995    **Disciplinary:**   102 - 102 - Possession Of A Weapon
Lost: ALL days SGT
Applied: 0.00 days lost for Discretionary Parole
Applied: 0.00 days lost for Release
Isolation
Date In: 08/23/1995   Date Out: 09/06/1995   Total Days: 15

**Virginia Department of Corrections**

**OSC-107**                                    **Summary Audit**

| | | |
|---|---|---|
| **DOC #:** 1007485 | **Offender:** Johnson, Kevin | **Print Date:** 1/27/2011 11:53 AM |
| **Status:** Active | **Location:** Red Onion State Prison | **Page:** 20 of 46 |

| <u>Date</u> | <u>Description</u> |
|---|---|
| 03/20/1995 | **Disciplinary:** 111 - 111 - Damage Prop,; State/Any Person<br>Lost: 0 days SGT<br>RESTITUTION FOR REPAIR |
| 03/22/1995 | **Disciplinary:** 198 - 198 - Consp./Attempt/Abet 100 Series<br>Lost: 0 days SGT<br>15DYS ISOL. TRANSFERRED |
| 03/24/1995 | **Disciplinary:** 105 - 105 - Assault Upon Any Person<br>Lost: ALL days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release<br>15DY ISOL/TRANSFERED |
| 03/24/1995 | **Disciplinary:** 198 - 198 - Consp./Attempt/Abet 100 Series<br>Lost: 0 days SGT<br>15DYS ISOL. TRANSFERRED |
| 03/24/1995 | **Class Level:** 4 |
| 03/27/1995 | **Disciplinary:** 102 - 102 - Possession Of A Weapon<br>Lost: 90 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release<br>15DYS ISO. TRANSFERRED |
| 03/28/1995 | **Disciplinary:** 105 - 105 - Assault Upon Any Person<br>Lost: ALL days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release<br>15DY ISOL/TRANSFERED |
| 04/07/1995 | **Class Level:** 4 |
| 04/13/1995 | **Disciplinary:** 105 - 105 - Assault Upon Any Person<br>Lost: 0 days SGT<br>Isolation<br>Date In: 02/14/1996   Date Out: 02/28/1996   Total Days: 15 |
| 04/13/1995 | **Disciplinary:** 105 - 105 - Assault Upon Any Person<br>Lost: 0 days SGT<br>Isolation<br>Date In: 03/15/1996   Date Out: 03/29/1996   Total Days: 15 |

**Virginia Department of Corrections**

**OSC-107**                                    **Summary Audit**

| | | |
|---|---|---|
| **DOC #:** 1007485 | **Offender:** Johnson, Kevin | **Print Date:** 1/27/2011 11:53 AM |
| **Status:** Active | **Location:** Red Onion State Prison | **Page:** 21 of 46 |

| **Date** | **Description** | |
|---|---|---|

**Date**         **Description**

04/13/1995    **Disciplinary:**   102 - 102 - Possession Of A Weapon
Lost: 90 days SGT
Applied: 0.00 days lost for Discretionary Parole
Applied: 0.00 days lost for Release
Isolation
Date In: 04/15/1996   Date Out: 04/29/1996   Total Days: 15

04/24/1995    **Class Level:**    4

05/08/1995    **Class Level:**    4

05/23/1995    **Class Level:**    4

05/30/1995    **Disciplinary:**   111 - 111 - Damage Prop,; State/Any Person
Lost: 0 days SGT
15DYS CELL RESTRICTION

06/06/1995    **Class Level:**    4

06/07/1995    **Disciplinary:**   102 - 102 - Possession Of A Weapon
Lost: 0 days SGT
15D CELL RESTRICTION

06/08/1995    **Disciplinary:**   212 - 212 - Threatening Bodily Harm
Lost: 0 days SGT
15D CELL RESTRICTION

06/09/1995    **Disciplinary:**   102 - 102 - Possession Of A Weapon
Lost: 0 days SGT
Isolation
Date In: 09/22/1995   Date Out: 10/06/1995   Total Days: 15

06/09/1995    **Disciplinary:**   102 - 102 - Possession Of A Weapon
Lost: 0 days SGT
Isolation
Date In: 10/23/1995   Date Out: 11/06/1995   Total Days: 15

06/22/1995    **Class Level:**    4

06/28/1995    **Disciplinary:**   201 - 201 - Disobeying An Order
Lost: 0 days SGT
15D CELL RESTRICTION

**Virginia Department of Corrections**

OSC-107                                              **Summary Audit**

| | |
|---|---|
| **DOC #:** 1007485 | **Offender:** Johnson, Kevin | **Print Date:** 1/27/2011 11:53 AM |
| **Status:** Active | **Location:** Red Onion State Prison | **Page:** 22 of 46 |

| Date | Description | |
|---|---|---|
| **Date** | **Description** | |
| 07/06/1995 | **Disciplinary:** | 104 - 104 - Setting A Fire<br>Lost: 0 days SGT<br>Pre Hearing Days<br>Date In: 07/07/1995   Date Out: 07/20/1995   Total Days: 14 |
| 07/06/1995 | **Class Level:** | 4 |
| 07/07/1995 | **Class Level:** | 4 |
| 07/14/1995 | **Disciplinary:** | 205 - 205 - Delaying/Hindering Employee<br>Lost: 0 days SGT<br>15D CELL RESTRICTION |
| 07/14/1995 | **Disciplinary:** | 205 - 205 - Delaying/Hindering Employee<br>Lost: 0 days SGT<br>15D CELL RESTRICTION |
| 07/14/1995 | **Disciplinary:** | 205 - 205 - Delaying/Hindering Employee<br>Lost: 0 days SGT<br>15 DAYS CELL REST. |
| 07/14/1995 | **Disciplinary:** | 111 - 111 - Damage Prop,; State/Any Person<br>Lost: 0 days SGT<br>15 DAYS CELL REST. |
| 07/15/1995 | **Disciplinary:** | 224 - 224 - Possession Of Contraband<br>Lost: 0 days SGT<br>15D CELL RESTRICTION |
| 07/17/1995 | **Memo:** | INJURY STATE EMPOLYEE CHGE. FROM MECKLENBURG CO. HEARD ON<br>6/21/95  HAS BEEN CONTINUED TO 7/31/95. |
| 07/20/1995 | **Class Level:** | 4 |
| 07/21/1995 | **Class Level:** | 4 |
| 07/24/1995 | **Class Level:** | 4 |
| 08/07/1995 | **Class Level:** | 4 |
| 08/17/1995 | **Disciplinary:** | 111 - 111 - Damage Prop,; State/Any Person<br>Lost: 0 days SGT<br>15 DAYS CELL RESTRICTION |

**Virginia Department of Corrections**

**OSC-107**                                    **Summary Audit**

| DOC #: 1007485 | **Offender:** Johnson, Kevin | **Print Date:** 1/27/2011 11:53 AM |
|---|---|---|
| **Status:** Active | **Location:** Red Onion State Prison | **Page:** 23 of 46 |

| Date | Description | |
|---|---|---|
| **Date** | **Description** | |
| 08/23/1995 | **Disciplinary:** | 201 - 201 - Disobeying An Order<br>Lost: 0 days SGT<br>15 DAYS CELL RESTRICTION |
| 08/23/1995 | **Class Level:** | 4 |
| 09/05/1995 | **Sentence:** | Mecklenburg Circuit - Docket:<br>Offense: Felonious Wounding{NCIC-1321}<br>Offense Date: 03/13/1994<br>Good Time System: Good Conduct Allowance<br>Consecutive; Straight<br>Felony Term Indicator: 2<br>Imposed: 8 Years 0 Months 0 Days<br>Comments: CR94-233-00 |
| 09/06/1995 | **Class Level:** | 4 |
| 09/07/1995 | **Class Level:** | 4 |
| 09/09/1995 | **Disciplinary:** | 201 - 201 - Disobeying An Order<br>Lost: 0 days SGT<br>15 DAYS CELL RESTRICTION |
| 09/22/1995 | **Class Level:** | 4 |
| 09/23/1995 | **Disciplinary:** | 105 - 105 - Assault Upon Any Person<br>Lost: 0 days SGT<br>Pre Hearing Days<br>Date In: 01/14/1996   Date Out: 01/28/1996   Total Days: 15 |
| 09/25/1995 | **Disciplinary:** | 102 - 102 - Possession Of A Weapon<br>Lost: 0 days SGT<br>Isolation<br>Date In: 12/15/1995   Date Out: 12/29/1995   Total Days: 15 |
| 09/27/1995 | **Disciplinary:** | 105 - 105 - Assault Upon Any Person<br>Lost: ALL days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release<br>15D ISOLATION/SUSPENDED |
| 10/06/1995 | **Class Level:** | 4 |
| 10/23/1995 | **Class Level:** | 4 |
| 11/06/1995 | **Class Level:** | 4 |

**Virginia Department of Corrections**

OSC-107                                    **Summary Audit**

| | | |
|---|---|---|
| **DOC #:**  1007485 | **Offender:**  Johnson, Kevin | **Print Date:** 1/27/2011 11:53 AM |
| **Status:**  Active | **Location:**  Red Onion State Prison | **Page:**       24 of 46 |

| <u>Date</u> | <u>Description</u> |
|---|---|
| 11/13/1995 | **Disciplinary:** 224 - 224 - Possession Of Contraband<br>Lost: 0 days SGT<br>REPRIMAND |
| 12/01/1995 | **Disciplinary:** 201 - 201 - Disobeying An Order<br>Lost: 0 days SGT<br>Isolation<br>Date In: 05/20/1996   Date Out: 05/29/1996   Total Days: 10 |
| 12/07/1995 | **Disciplinary:** 212 - 212 - Threatening Bodily Harm<br>Lost: 0 days SGT<br>Isolation<br>Date In: 08/05/1996   Date Out: 08/19/1996   Total Days: 15 |
| 12/15/1995 | **Class Level:** 4 |
| 12/18/1995 | **Memo:** SUBJECT PLACED IN LEVEL 4 FOR 12 MONTHS DUE TO INSTITUTIONAL CHARGE OF BODILY INJURY TO CORRECTIONS OFFICER.  THE EFFECTIVE DATE OF LEVEL 4 HAS BEEN ADJUSTED FROM 9-5-95 TO 9-7-95 IN ORDER TO REFLECT ISOLATION PERIOD FOR ADJUSTMENT COMMITTEE REPORT DATED 3-13-93 FOR POSSESSION OF A WEAPON. |
| 12/19/1995 | **Disciplinary:** 201 - 201 - Disobeying An Order<br>Lost: 0 days SGT<br>Isolation<br>Date In: 06/13/1996   Date Out: 06/22/1996   Total Days: 10 |
| 12/20/1995 | **Disciplinary:** 105 - 105 - Assault Upon Any Person<br>Lost: 0 days SGT<br>Isolation<br>Date In: 07/06/1996   Date Out: 07/20/1996   Total Days: 15 |
| 12/29/1995 | **Class Level:** 4 |
| 01/02/1996 | **Disciplinary:** 105 - 105 - Assault Upon Any Person<br>Lost: 0 days SGT<br>Isolation<br>Date In: 09/04/1996   Date Out: 09/18/1996   Total Days: 15 |

**Virginia Department of Corrections**

OSC-107                                          **Summary Audit**

| | | |
|---|---|---|
| **DOC #:** 1007485 | **Offender:** Johnson, Kevin | **Print Date:** 1/27/2011 11:53 AM |
| **Status:** Active | **Location:** Red Onion State Prison | **Page:** 25 of 46 |

<u>**Date**</u>          <u>**Description**</u>

01/10/1996      **Disciplinary:**   105 - 105 - Assault Upon Any Person
                                   Lost: 90 days SGT
                                   Applied: 0.00 days lost for Discretionary Parole
                                   Applied: 0.00 days lost for Release
                                   15DAYS ISOL. SUSP.

01/14/1996      **Class Level:**   4

01/19/1996      **Memo:**   DUE TO NEW FELONY CONVICTION OF FELONIOUS WOUNDING, SUBJECT S
                             FTI HAS BEEN INCREASED TO 2.

01/28/1996      **Class Level:**   4

02/08/1996      **Memo:**   CLASS LEVEL 4 DATED 7-7-95 HAS BEEN ADJUSTED IN ORDER TO REFLECT
                             ISOLATION PERIOD FOR ADJUSTMENT COMMITTEE REPORT DATED 7-6-95
                             FOR SETTING A FIRE WITH POTENTIAL OR ACTUAL SERIOUS DAMAGE OR
                             INJURY TO PERSONS OR PROPERTY.

02/14/1996      **Class Level:**   4

02/28/1996      **Class Level:**   4

03/10/1996      **Disciplinary:**   105 - 105 - Assault Upon Any Person
                                   Lost: 0 days SGT
                                   Isolation
                                   Date In: 11/03/1996   Date Out: 11/12/1996   Total Days: 10

03/10/1996      **Disciplinary:**   105 - 105 - Assault Upon Any Person
                                   Lost: 90 days SGT
                                   Applied: 0.00 days lost for Discretionary Parole
                                   Applied: 0.00 days lost for Release
                                   Isolation
                                   Date In: 10/04/1996   Date Out: 10/18/1996   Total Days: 15

03/12/1996      **Disciplinary:**   105 - 105 - Assault Upon Any Person
                                   Lost: 90 days SGT
                                   Applied: 0.00 days lost for Discretionary Parole
                                   Applied: 0.00 days lost for Release
                                   Isolation
                                   Date In: 02/22/1997   Date Out: 03/08/1997   Total Days: 15

03/15/1996      **Class Level:**   4

**Virginia Department of Corrections**

**OSC-107**                                    **Summary Audit**

| | | |
|---|---|---|
| **DOC #:** 1007485 | **Offender:** Johnson, Kevin | **Print Date:** 1/27/2011 11:53 AM |
| **Status:** Active | **Location:** Red Onion State Prison | **Page:** 26 of 46 |

<u>**Date**</u>          <u>**Description**</u>

03/19/1996     **Disciplinary:**     205 - 205 - Delaying/Hindering Employee
Lost: 0 days SGT
Isolation
Date In: 12/03/1996   Date Out: 12/17/1996   Total Days: 15

03/29/1996     **Class Level:**     4

04/15/1996     **Class Level:**     4

04/29/1996     **Class Level:**     4

05/20/1996     **Class Level:**     4

05/29/1996     **Class Level:**     4

06/02/1996     **Disciplinary:**     102 - 102 - Possession Of A Weapon
Lost: 0 days SGT
Isolation
Date In: 01/23/1997   Date Out: 02/06/1997   Total Days: 15

06/11/1996     **Class Level:**     4

06/13/1996     **Class Level:**     4

06/22/1996     **Class Level:**     4

07/06/1996     **Class Level:**     4

07/20/1996     **Class Level:**     4

08/05/1996     **Class Level:**     4

08/19/1996     **Class Level:**     4

08/23/1996     **Class Level:**     4

08/23/1996     **Sentence:**     Mecklenburg Circuit - Docket:
Offense: Possession Of Weapon{NCIC-5212}
Offense Date: 09/25/1995
Good Time System: Earned Sentence Credit
Consecutive; Straight
Imposed: 5 Years 0 Months 0 Days
Comments: CR95-343-00
Memo: KNIFE, INSTRUMENT OR TOOL NOT AUTHORIZED - WHILE A
PRISONER IN A STATE CORRECTIONAL FACILITY.

## Virginia Department of Corrections

**OSC-107**                                    **Summary Audit**

| | | |
|---|---|---|
| **DOC #:** 1007485 | **Offender:** Johnson, Kevin | **Print Date:** 1/27/2011 11:53 AM |
| **Status:** Active | **Location:** Red Onion State Prison | **Page:** 27 of 46 |

| <u>Date</u> | <u>Description</u> | |
|---|---|---|
| 08/23/1996 | **Sentence:** | Mecklenburg Circuit - Docket:<br>Offense: Assault And Battery{NCIC-5315}<br>Offense Date: 09/25/1995<br>Good Time System: Good Conduct Allowance<br>Consecutive; Straight<br>Felony Term Indicator: 3<br>Imposed: 0 Years 3 Months 0 Days<br>Comments: CR95-343-01<br>Memo: AN EMPLOYEE OF A STATE CORRECTIONAL FACILITY. |
| 08/23/1996 | **Sentence:** | Mecklenburg Circuit - Docket:<br>Offense: Assault And Battery{NCIC-5315}<br>Offense Date: 09/25/1995<br>Good Time System: Good Conduct Allowance<br>Consecutive; Straight<br>Felony Term Indicator: 3<br>Imposed: 0 Years 6 Months 0 Days<br>Comments: CR95-343-02<br>Memo: AN EMPLOYEE OF A STATE CORRECTIONAL FACILITY. |
| 09/04/1996 | **Class Level:** | 4 |
| 09/18/1996 | **Class Level:** | 4 |
| 09/24/1996 | **Memo:** | SUBJECT PLACED IN CLASS LEVEL 4 FOR 12 MONTHS DUE TO 3 INSTITUTIONAL SENTENCES RECEIVED BY INMATE ON 08/23/96.  FTI RAISED TO A 3RD. TERM FELON DUE TO AN INSTITUTIONAL SENTENCE RECEIVED BY INMATE ON 8/23/96. |
| 10/04/1996 | **Class Level:** | 4 |
| 10/18/1996 | **Class Level:** | 4 |
| 11/03/1996 | **Class Level:** | 4 |
| 11/12/1996 | **Class Level:** | 4 |
| 12/03/1996 | **Class Level:** | 4 |
| 12/17/1996 | **Class Level:** | 4 |
| 01/23/1997 | **Class Level:** | 4 |
| 02/06/1997 | **Class Level:** | 4 |
| 02/22/1997 | **Class Level:** | 4 |
| 03/08/1997 | **Class Level:** | 4 |