## Virginia Department of Corrections

OSC-106

### Sentence Summary

| Offender #: 185492 | Offender: Johnson, Kevin | Print Date: 9/10/2008 |
|---|---|---|
| Status: Active | Location: Red Onion State Prison | Page: 1 of 5 |

| | | |
|---|---|---|
| Current Class Level: Level 4 | | DRC: 06/11/1991 |
| | | Parole Rev. Date: |
| Total Sentence: S-Life   43 Years   13 Months   30 Days | | Parole Violations: 0 |

| Date of Judgment | Sentence Description |
|---|---|
| 06/19/1990 | Sentence: Richmond City - Crim GD - Docket: <br> Offense: Trespassing{NCIC-5707} <br> Offense Date: 06/04/1990 <br> Good Time System: Good Conduct Allowance <br> Consecutive Sentence <br> Felony Term Indicator: 1 <br> Sentence Imposed: 0 Years 0 Months 30 Days <br> Straight Sentence <br> Potential Registry: N-No <br> 06/19/1990 |
| 06/19/1990 | Sentence: Richmond City - Crim GD - Docket: <br> Offense: Brandishing Firearm{NCIC-5251} <br> Offense Date: 06/04/1990 <br> Good Time System: Good Conduct Allowance <br> Consecutive Sentence <br> Felony Term Indicator: 1 <br> Sentence Imposed: 0 Years 12 Months 0 Days <br> Sentence Suspended: 0 Years 8 Months 0 Days <br> Net Sentence: 0 Years 4 Months 0 Days <br> Straight Partially Suspended <br> Potential Registry: N-No <br> 06/19/1990 |
| 11/09/1990 | Sentence: Richmond City Circuit - Docket: <br> Offense: Use Of Firearm In Felony{NCIC-5252} <br> Offense Date: 04/22/1990 <br> Good Time System: Good Conduct Allowance <br> ConvConcurrent Sentence <br> Felony Term Indicator: 1 <br> Sentence Imposed: 4 Years 0 Months 0 Days <br> Straight Sentence <br> Potential Registry: N-No <br> 11/09/1990 |

Enclosure _____ B _____

## Virginia Department of Corrections

OSC-106                                    Sentence Summary

| | | |
|---|---|---|
| **Offender #:** 185492 | **Offender:** Johnson, Kevin | **Print Date:** 9/10/2008 |
| **Status:** Active | **Location:** Red Onion State Prison | **Page:** 2 of 5 |

### Date of Judgment                   ### Sentence Description

11/09/1990
> Sentence: Richmond City Circuit - Docket:
> Offense: Malicious Wounding{NCIC-1320}
> Offense Date: 04/22/1990
> Good Time System: Good Conduct Allowance
> ConvConcurrent Sentence
> Felony Term Indicator: 1
> Sentence Imposed: 10 Years 0 Months 0 Days
> Sentence Suspended: 6 Years 0 Months 0 Days
> Net Sentence: 4 Years 0 Months 0 Days
> Straight Partially Suspended
> Sentence Comments: 10YRS/6YRS.SUSP/CONCURRENT
> Potential Registry: N-No
> 11/09/1990

11/09/1990
> Sentence: Richmond City Circuit - Docket:
> Offense: Firing Into Dwelling Or Buildi{NCIC-5217}
> Offense Date: 04/22/1990
> Good Time System: Good Conduct Allowance
> Felony Term Indicator: 1
> Sentence Imposed:
> Imposition of Sentence Suspended
> Sentence Comments: OCCUPIED
> Potential Registry: N-No
> 11/09/1990

03/01/1991
> Sentence: Richmond City Circuit - Docket:
> Offense: Homicide-1St Degree{NCIC-925}
> Offense Date: 06/04/1990
> Good Time System: Good Conduct Allowance
> Felony Term Indicator: 1
> Sentence Imposed:
> Life
> Potential Registry: N-No

03/01/1991
> Sentence: Richmond City Circuit - Docket:
> Offense: Use Of Firearm In Felony{NCIC-5252}
> Offense Date: 06/04/1990
> Good Time System: Good Conduct Allowance
> Consecutive Sentence
> Felony Term Indicator: 1
> Sentence Imposed: 2 Years 0 Months 0 Days
> Straight Sentence
> Sentence Comments: IN COMMISSION OF MURDER
> Potential Registry: N-No
> 03/01/1991

**Virginia Department of Corrections**

OSC-106

Sentence Summary

| Offender #: 185492 | Offender: Johnson, Kevin | Print Date: 9/10/2008 |
|---|---|---|
| Status: Active | Location: Red Onion State Prison | Page: 3 of 5 |

| Date of Judgment | Sentence Description |
|---|---|

**Date of Judgment**

**Sentence Description**

03/01/1991

Sentence: Richmond City Circuit - Docket:
Offense: Homicide-Attempted{NCIC-999}
Offense Date: 06/04/1990
Good Time System: Good Conduct Allowance
Consecutive Sentence
Felony Term Indicator: 1
Sentence Imposed: 10 Years 0 Months 0 Days
Straight Sentence
Potential Registry: N-No
03/01/1991

03/01/1991

Sentence: Richmond City Circuit - Docket:
Offense: Use Of Firearm In Felony{NCIC-5252}
Offense Date: 06/04/1990
Good Time System: Good Conduct Allowance
Consecutive Sentence
Felony Term Indicator: 1
Sentence Imposed: 4 Years 0 Months 0 Days
Straight Sentence
Sentence Comments: IN ATTEMPTED MURDER
Potential Registry: N-No
03/01/1991

03/01/1991

Sentence: Richmond City Circuit - Docket:
Offense: Homicide-Attempted{NCIC-999}
Offense Date: 06/04/1990
Good Time System: Good Conduct Allowance
Consecutive Sentence
Felony Term Indicator: 1
Sentence Imposed: 10 Years 0 Months 0 Days
Straight Sentence
Potential Registry: N-No
03/01/1991

03/01/1991

Sentence: Richmond City Circuit - Docket:
Offense: Use Of Firearm In Felony{NCIC-5252}
Offense Date: 06/04/1990
Good Time System: Good Conduct Allowance
Consecutive Sentence
Felony Term Indicator: 1
Sentence Imposed: 4 Years 0 Months 0 Days
Straight Sentence
Sentence Comments: IN ATTEMPTED MURDER
Potential Registry: N-No
03/01/1991

Virginia Department of Corrections

OSC-106                                          Sentence Summary

| Offender #: 185492 | Offender: Johnson, Kevin | Print Date: 9/10/2008 |
|---|---|---|
| Status: Active | Location: Red Onion State Prison | Page: 4 of 5 |

## Date of Judgment

## Sentence Description

08/10/1992
Sentence: Buckingham Circuit - Docket:
Offense: Possession Of Weapon{NCIC-5212}
Offense Date: 02/18/1992
Good Time System: Good Conduct Allowance
Felony Term Indicator: 1
Sentence Imposed:
Nolle Prosse
Sentence Comments: UNAUTHORIZED INST.
Potential Registry: N-No
08/10/1992

09/05/1995
Sentence: Mecklenburg Circuit - Docket:
Offense: Felonious Wounding{NCIC-1321}
Offense Date: 03/13/1994
Good Time System: Good Conduct Allowance
Consecutive Sentence
Felony Term Indicator: 2
Sentence Imposed: 8 Years 0 Months 0 Days
Straight Sentence
Sentence Comments: CR94-233-00
Potential Registry: N-No
09/05/1995

08/23/1996
Sentence: Mecklenburg Circuit - Docket:
Offense: Possession Of Weapon{NCIC-5212}
Offense Date: 09/25/1995
Good Time System: Earned Sentence Credit
Consecutive Sentence
Sentence Imposed: 5 Years 0 Months 0 Days
Straight Sentence
Sentence Comments: CR95-343-00
Sentence Memo: KNIFE, INSTRUMENT OR TOOL NOT AUTHORIZED - WHILE A
PRISONER IN A STATE CORRECTIONAL FACILITY.
Potential Registry: N-No

08/23/1996
Sentence: Mecklenburg Circuit - Docket:
Offense: Assault And Battery{NCIC-5315}
Offense Date: 09/25/1995
Good Time System: Good Conduct Allowance
Consecutive Sentence
Felony Term Indicator: 3
Sentence Imposed: 0 Years 3 Months 0 Days
Straight Sentence
Sentence Comments: CR95-343-01
Sentence Memo: AN EMPLOYEE OF A STATE CORRECTIONAL FACILITY.
Potential Registry: N-No
08/23/1996

**Virginia Department of Corrections**

OSC-106                          Sentence Summary

| Offender #: 185492 | Offender: Johnson, Kevin | Print Date: 9/10/2008 |
|---|---|---|
| Status: Active | Location: Red Onion State Prison | Page: 5 of 5 |

Date of Judgment                **Sentence Description**

08/23/1996                      Sentence: Mecklenburg Circuit - Docket:
                                Offense: Assault And Battery{NCIC-5315}
                                Offense Date: 09/25/1995
                                Good Time System: Good Conduct Allowance
                                Consecutive Sentence
                                Felony Term Indicator: 3
                                Sentence Imposed: 0 Years 6 Months 0 Days
                                Straight Sentence
                                Sentence Comments: CR95-343-02
                                Sentence Memo: AN EMPLOYEE OF A STATE CORRECTIONAL FACILITY.
                                Potential Registry: N-No
                                08/23/1996

## Virginia Department of Corrections

OSC-107                                          Summary Audit

| | | |
|---|---|---|
| **Offender #:** 185492 | **Offender:** Johnson, Kevin | **Print Date:** 9/10/2008 3:13 PM |
| **Status:** Active | **Location:** Red Onion State Prison | **Page:** 1 of 41 |

| | |
|---|---|
| **Current Class Level:** Level 4 | **DRC:** 06/11/1991 |
| | **Parole Rev. Date:** |
| **Total Sentence:** S-Life       43 **Years**       13 **Months**       30 **Days** | **Parole Violations:** 0 |

### Projected Dates

**Discretionary Parole Eligibility:**       03/03/2010

**Mandatory Parole Release:**       Ineligible

**Good Time Release:**       S-Life

The projected dates are based on the assumption that the offender will continue to earn good time at the present earning level and will not have earned good time taken from the offender as a result of misbehavior. Loss of earned good time, a change in good time earning level, or any other event that impacts the service of the total sentence may cause the projected dates to change.

Events listed below may impact the projected dates of eligibility and/or release since the last Legal Update dated 09/10/2008.

| Date | Event Description | |
|---|---|---|
| 03/01/1991 | **Sentence:** | Richmond City Circuit - Docket:<br>Offense: Homicide-1St Degree{NCIC-925}<br>Offense Date: 06/04/1990<br>Good Time System: Good Conduct Allowance<br>Felony Term Indicator: 1<br>Sentence Imposed:<br>Life<br>Potential Registry: N-No |
| 06/04/1990 to<br>06/11/1991 | **Detention/Jail Credit:** | Richmond City Jail; Initial Jail Credit 372 Days |
| 06/19/1990 | **Sentence:** | Richmond City - Crim GD - Docket:<br>Offense: Trespassing{NCIC-5707}<br>Offense Date: 06/04/1990<br>Good Time System: Good Conduct Allowance<br>Consecutive Sentence<br>Felony Term Indicator: 1<br>Sentence Imposed: 0 Years 0 Months 30 Days<br>Straight Sentence<br>Potential Registry: N-No<br>06/19/1990 |

Enclosure _____ C _____

## Virginia Department of Corrections

OSC-107                                    Summary Audit

| Offender #: 185492 | Offender: | Johnson, Kevin | Print Date: | 9/10/2008 3:13 PM |
|---|---|---|---|---|
| Status: Active | Location: | Red Onion State Prison | Page: | 2 of 41 |

**Date**              **Event Description**

06/19/1990    **Sentence:**          Richmond City – Crim GD – Docket:
                                      Offense: Brandishing Firearm{NCIC-5251}
                                      Offense Date: 06/04/1990
                                      Good Time System: Good Conduct Allowance
                                      Consecutive Sentence
                                      Felony Term Indicator: 1
                                      Sentence Imposed: 0 Years 12 Months 0 Days
                                      Sentence Suspended: 0 Years 8 Months 0 Days
                                      Net Sentence: 0 Years 4 Months 0 Days
                                      Straight Partially Suspended
                                      Potential Registry: N–No
                                      06/19/1990

11/09/1990    **Sentence:**          Richmond City Circuit – Docket:
                                      Offense: Use Of Firearm In Felony{NCIC-5252}
                                      Offense Date: 04/22/1990
                                      Good Time System: Good Conduct Allowance
                                      ConvConcurrent Sentence
                                      Felony Term Indicator: 1
                                      Sentence Imposed: 4 Years 0 Months 0 Days
                                      Straight Sentence
                                      Potential Registry: N–No
                                      11/09/1990

11/09/1990    **Sentence:**          Richmond City Circuit – Docket:
                                      Offense: Malicious Wounding{NCIC-1320}
                                      Offense Date: 04/22/1990
                                      Good Time System: Good Conduct Allowance
                                      ConvConcurrent Sentence
                                      Felony Term Indicator: 1
                                      Sentence Imposed: 10 Years 0 Months 0 Days
                                      Sentence Suspended: 6 Years 0 Months 0 Days
                                      Net Sentence: 4 Years 0 Months 0 Days
                                      Straight Partially Suspended
                                      Sentence Comments: 10YRS/6YRS.SUSP/CONCURRENT
                                      Potential Registry: N–No
                                      11/09/1990

11/09/1990    **Sentence:**          Richmond City Circuit – Docket:
                                      Offense: Firing Into Dwelling Or Buildi{NCIC-5217}
                                      Offense Date: 04/22/1990
                                      Good Time System: Good Conduct Allowance
                                      Felony Term Indicator: 1
                                      Sentence Imposed:
                                      Imposition of Sentence Suspended
                                      Sentence Comments: OCCUPIED
                                      Potential Registry: N–No
                                      11/09/1990

## Virginia Department of Corrections

OSC-107                                        Summary Audit

| Offender #:  185492 | Offender:  Johnson, Kevin | Print Date: 9/10/2008 3:13 PM |
|---|---|---|
| Status:  Active | Location:  Red Onion State Prison | Page:     3 of 41 |

| Date | Event Description |
|---|---|

03/01/1991     **Sentence:**          Richmond City Circuit - Docket:
                                       Offense: Use Of Firearm In Felony{NCIC-5252}
                                       Offense Date: 06/04/1990
                                       Good Time System: Good Conduct Allowance
                                       Consecutive Sentence
                                       Felony Term Indicator: 1
                                       Sentence Imposed: 2 Years 0 Months 0 Days
                                       Straight Sentence
                                       Sentence Comments: IN COMMISSION OF MURDER
                                       Potential Registry: N-No
                                       03/01/1991

03/01/1991     **Sentence:**          Richmond City Circuit - Docket:
                                       Offense: Homicide-Attempted{NCIC-999}
                                       Offense Date: 06/04/1990
                                       Good Time System: Good Conduct Allowance
                                       Consecutive Sentence
                                       Felony Term Indicator: 1
                                       Sentence Imposed: 10 Years 0 Months 0 Days
                                       Straight Sentence
                                       Potential Registry: N-No
                                       03/01/1991

03/01/1991     **Sentence:**          Richmond City Circuit - Docket:
                                       Offense: Use Of Firearm In Felony{NCIC-5252}
                                       Offense Date: 06/04/1990
                                       Good Time System: Good Conduct Allowance
                                       Consecutive Sentence
                                       Felony Term Indicator: 1
                                       Sentence Imposed: 4 Years 0 Months 0 Days
                                       Straight Sentence
                                       Sentence Comments: IN ATTEMPTED MURDER
                                       Potential Registry: N-No
                                       03/01/1991

03/01/1991     **Sentence:**          Richmond City Circuit - Docket:
                                       Offense: Homicide-Attempted{NCIC-999}
                                       Offense Date: 06/04/1990
                                       Good Time System: Good Conduct Allowance
                                       Consecutive Sentence
                                       Felony Term Indicator: 1
                                       Sentence Imposed: 10 Years 0 Months 0 Days
                                       Straight Sentence
                                       Potential Registry: N-No
                                       03/01/1991

Virginia Department of Corrections

OSC-107                                    Summary Audit

| Offender #: 185492 | Offender: Johnson, Kevin | Print Date: 9/10/2008 3:13 PM |
|---|---|---|
| Status:  Active | Location:  Red Onion State Prison | Page:  4 of 41 |

| Date | Event Description | |
|---|---|---|
| 03/01/1991 | **Sentence:** | Richmond City Circuit - Docket:<br>Offense: Use Of Firearm In Felony{NCIC-5252}<br>Offense Date: 06/04/1990<br>Good Time System: Good Conduct Allowance<br>Consecutive Sentence<br>Felony Term Indicator: 1<br>Sentence Imposed: 4 Years 0 Months 0 Days<br>Straight Sentence<br>Sentence Comments: IN ATTEMPTED MURDER<br>Potential Registry: N-No<br>03/01/1991 |
| 06/11/1991 | **Class Level:** | Level 3 |
| 08/01/1991 | **Disciplinary Offense:** | 213 - Failure To Follow Count Rules<br>Lost: 0 days SGT<br>REPRIMAND. |
| 10/10/1991 | **Disciplinary Offense:** | 222 - Use Vulgar/Insolent Language<br>Lost: 0 days SGT<br>Isolation<br>Date In: 11/02/1991   Date Out: 11/06/1991   Total Days: 5 |
| 10/18/1991 | **Disciplinary Offense:** | 222 - Use Vulgar/Insolent Language<br>Lost: 0 days SGT<br>Isolation<br>Date In: 10/28/1991   Date Out: 11/01/1991   Total Days: 5 |
| 10/28/1991 | **Class Level:** | Level 4 |
| 11/01/1991 | **Class Level:** | Level 3 |
| 11/02/1991 | **Class Level:** | Level 4 |
| 11/06/1991 | **Class Level:** | Level 3 |
| 12/04/1991 | **Disciplinary Offense:** | 213 - Failure To Follow Count Rules<br>Lost: 0 days SGT<br>REPRIMAND. |
| 12/05/1991 | **Disciplinary Offense:** | 222 - Use Vulgar/Insolent Language<br>Lost: 0 days SGT<br>LOSS 15D. COMMISSARY |
| 12/11/1991 | **Disciplinary Offense:** | 205 - Delaying/Hindering Employee<br>Lost: 30 days SGT<br>Applied: 15.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release<br>15D.ISOL.TRANSFERRED |

Virginia Department of Corrections

OSC-107                                    Summary Audit

| Offender #:  185492 | Offender:  Johnson, Kevin | Print Date:  9/10/2008 3:13 PM |
|---|---|---|
| Status:  Active | Location:  Red Onion State Prison | Page:        5 of 41 |

| Date | Event Description | |
|---|---|---|
| 12/13/1991 | Disciplinary Offense: | 102 - Possession Of A Weapon<br>Lost: 90 days SGT<br>Applied: 14.50 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release<br>Pre Hearing Days<br>Date In: 12/13/1991   Date Out: 12/20/1991   Total Days: 8<br>15D.ISOL/8D.PHD.TRANSFR |
| 12/13/1991 | Class Level: | Level 4 |
| 12/20/1991 | Class Level: | Level 3 |
| 02/07/1992 | Disciplinary Offense: | 212 - Threatening Bodily Harm<br>Lost: 0 days SGT<br>Pre Hearing Days<br>Date In: 02/07/1992   Date Out: 02/13/1992   Total Days: 7<br>Isolation<br>Date In: 02/14/1992   Date Out: 02/21/1992   Total Days: 8 |
| 02/07/1992 | Class Level: | Level 4 |
| 02/13/1992 | Class Level: | Level 3 |
| 02/14/1992 | Class Level: | Level 4 |
| 02/18/1992 | Disciplinary Offense: | 111 - Damage Prop,; State/Any Person<br>Lost: 0 days SGT<br>REPRIMAND. |
| 02/18/1992 | Disciplinary Offense: | 102 - Possession Of A Weapon<br>Lost: 90 days SGT<br>Applied: 8.33 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release<br>Isolation<br>Date In: 03/08/1992   Date Out: 03/22/1992   Total Days: 15 |
| 02/21/1992 | Disciplinary Offense: | 102 - Possession Of A Weapon<br>Lost: 0 days SGT<br>Isolation<br>Date In: 04/07/1992   Date Out: 04/21/1992   Total Days: 15 |
| 02/21/1992 | Class Level: | Level 3 |
| 03/08/1992 | Class Level: | Level 4 |
| 03/17/1992 | Disciplinary Offense: | 105 - Assault Upon Any Person<br>Lost: 0 days SGT<br>Isolation<br>Date In: 05/07/1992   Date Out: 05/21/1992   Total Days: 15 |

## Virginia Department of Corrections

OSC-107

### Summary Audit

| | | | |
|---|---|---|---|
| **Offender #:** 185492 | **Offender:** Johnson, Kevin | **Print Date:** 9/10/2008 3:13 PM | |
| **Status:** Active | **Location:** Red Onion State Prison | **Page:** | 6 of 41 |

| Date | Event Description | |
|---|---|---|
| 03/22/1992 | **Class Level:** | Level 3 |
| 04/07/1992 | **Class Level:** | Level 4 |
| 04/17/1992 | **Disciplinary Offense:** | 111 - Damage Prop,; State/Any Person<br>Lost: 0 days SGT<br>30 DAYS LOSS TELEPHONE |
| 04/21/1992 | **Class Level:** | Level 3 |
| 05/07/1992 | **Class Level:** | Level 4 |
| 05/18/1992 | **Disciplinary Offense:** | 102 - Possession Of A Weapon<br>Lost: 0 days SGT<br>Pre Hearing Days<br>Date In: 05/22/1992   Date Out: 05/26/1992   Total Days: 5<br>Isolation<br>Date In: 05/27/1992   Date Out: 06/05/1992   Total Days: 10 |
| 05/21/1992 | **Class Level:** | Level 3 |
| 05/22/1992 | **Class Level:** | Level 4 |
| 05/26/1992 | **Class Level:** | Level 3 |
| 05/27/1992 | **Class Level:** | Level 4 |
| 06/05/1992 | **Class Level:** | Level 3 |
| 06/10/1992 | **Disciplinary Offense:** | 222 - Use Vulgar/Insolent Language<br>Lost: 0 days SGT<br>REPRIMAND |
| 06/18/1992 | **Disciplinary Offense:** | 105 - Assault Upon Any Person<br>Lost: 0 days SGT<br>Pre Hearing Days<br>Date In: 06/18/1992   Date Out: 06/25/1992   Total Days: 8<br>Isolation<br>Date In: 06/26/1992   Date Out: 07/02/1992   Total Days: 7 |
| 06/18/1992 | **Class Level:** | Level 4 |
| 06/22/1992 | **Disciplinary Offense:** | 105 - Assault Upon Any Person<br>Lost: 30 days SGT<br>Applied: 10.50 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release |
| 06/25/1992 | **Class Level:** | Level 3 |
| 06/26/1992 | **Class Level:** | Level 4 |

Virginia Department of Corrections

OSC-107                                   Summary Audit

| Offender #:  185492 | Offender:  Johnson, Kevin | Print Date:  9/10/2008 3:13 PM |
|---|---|---|
| Status:  Active | Location:  Red Onion State Prison | Page:  7 of 41 |

| Date | Event Description | |
|---|---|---|
| 07/02/1992 | **Class Level:** | Level 3 |
| 07/04/1992 | **Disciplinary Offense:** | 229 - Being In An Unauthorized Area<br>Lost: 0 days SGT<br>Pre Hearing Days<br>Date In: 07/04/1992   Date Out: 07/13/1992   Total Days: 10<br>Isolation<br>Date In: 07/14/1992   Date Out: 07/18/1992   Total Days: 5 |
| 07/04/1992 | **Class Level:** | Level 4 |
| 07/13/1992 | **Disciplinary Offense:** | 105 - Assault Upon Any Person<br>Lost: 30 days SGT<br>Applied: 0.50 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release |
| 07/13/1992 | **Class Level:** | Level 3 |
| 07/14/1992 | **Disciplinary Offense:** | 105 - Assault Upon Any Person<br>Lost: 0 days SGT<br>30D LOSS COMMISSARY |
| 07/14/1992 | **Class Level:** | Level 4 |
| 07/18/1992 | **Class Level:** | Level 3 |
| 07/19/1992 | **Disciplinary Offense:** | 105 - Assault Upon Any Person<br>Lost: 30 days SGT<br>Applied: 0.33 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release |
| 08/10/1992 | **Sentence:** | Buckingham Circuit - Docket:<br>Offense: Possession Of Weapon{NCIC-5212}<br>Offense Date: 02/18/1992<br>Good Time System: Good Conduct Allowance<br>Felony Term Indicator: 1<br>Sentence Imposed:<br>Nolle Prosse<br>Sentence Comments: UNAUTHORIZED INST.<br>Potential Registry: N-No<br>08/10/1992 |
| 09/11/1992 | **Disciplinary Offense:** | 112 - Demand/Receive Under Threat<br>Lost: 0 days SGT<br>Pre Hearing Days<br>Date In: 09/11/1992   Date Out: 09/14/1992   Total Days: 4 |

## Virginia Department of Corrections

OSC-107                    Summary Audit

| Offender #: 185492 | Offender: Johnson, Kevin | Print Date: 9/10/2008 3:13 PM |
|---|---|---|
| Status: Active | Location: Red Onion State Prison | Page: 8 of 41 |

| Date | Event Description | |
|---|---|---|
| 09/11/1992 | Disciplinary Offense: | 206 - Lying/Giving False Information<br>Lost: 10 days SGT<br>Applied: 5.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release |
| 09/11/1992 | Class Level: | Level 4 |
| 09/14/1992 | Disciplinary Offense: | 105 - Assault Upon Any Person<br>Lost: 0 days SGT<br>Isolation<br>Date In: 09/19/1992   Date Out: 09/28/1992   Total Days: 10 |
| 09/14/1992 | Class Level: | Level 3 |
| 09/19/1992 | Class Level: | Level 4 |
| 09/20/1992 | Disciplinary Offense: | 222 - Use Vulgar/Insolent Language<br>Lost: 30 days SGT<br>Applied: 4.83 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release |
| 09/28/1992 | Class Level: | Level 3 |
| 10/19/1992 | Disciplinary Offense: | 105 - Assault Upon Any Person<br>Lost: 0 days SGT<br>10D ISOL/SUSP.TRANSFER |
| 10/19/1992 | Disciplinary Offense: | 210 - Indecent Exposure<br>Lost: 0 days SGT<br>Pre Hearing Days<br>Date In: 10/19/1992   Date Out: 10/20/1992   Total Days: 2<br>Isolation<br>Date In: 10/21/1992   Date Out: 10/28/1992   Total Days: 8 |
| 10/19/1992 | Disciplinary Offense: | 210 - Indecent Exposure<br>Lost: 15 days SGT<br>Applied: 3.50 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release |
| 10/19/1992 | Class Level: | Level 4 |
| 10/20/1992 | Disciplinary Offense: | 104 - Setting A Fire<br>Lost: 0 days SGT<br>15D LOSS CANTEEN PRIV |
| 10/20/1992 | Disciplinary Offense: | 105 - Assault Upon Any Person<br>Lost: 0 days SGT<br>15D ISOL/TRANSFERRED |

Virginia Department of Corrections

**OSC-107**                                    Summary Audit

| Offender #: 185492 | Offender: Johnson, Kevin | Print Date: 9/10/2008 3:13 PM |
|---|---|---|
| Status:  Active | Location:  Red Onion State Prison | Page:      9 of 41 |

<u>Date</u>            <u>Event Description</u>

| 10/20/1992 | **Class Level:** | Level 3 |
|---|---|---|
| 10/21/1992 | **Class Level:** | Level 4 |

10/23/1992     **Disciplinary Offense:**     111 - Damage Prop.; State/Any Person
                                             Lost: 0 days SGT
                                             15D LOSS TELEPHONE PRIV

10/27/1992     **Disciplinary Offense:**     105 - Assault Upon Any Person
                                             Lost: 0 days SGT
                                             Isolation
                                             Date In: 11/08/1992   Date Out: 11/10/1992   Total Days: 3
                                             10D ISOL/TRANSFERED

| 10/28/1992 | **Class Level:** | Level 3 |
|---|---|---|
| 11/08/1992 | **Class Level:** | Level 4 |
| 11/10/1992 | **Class Level:** | Level 3 |

11/27/1992     **Disciplinary Offense:**     111 - Damage Prop.; State/Any Person
                                             Lost: 0 days SGT
                                             Isolation
                                             Date In: 12/03/1992   Date Out: 12/07/1992   Total Days: 5

| 12/03/1992 | **Class Level:** | Level 4 |
|---|---|---|
| 12/07/1992 | **Class Level:** | Level 3 |

12/15/1992     **Disciplinary Offense:**     205 - Delaying/Hindering Employee
                                             Lost: 0 days SGT
                                             15D CELL RESTRICTION

12/15/1992     **Disciplinary Offense:**     111 - Damage Prop.; State/Any Person
                                             Lost: 0 days SGT
                                             15D CELL RESTRICTION

12/29/1992     **Disciplinary Offense:**     105 - Assault Upon Any Person
                                             Lost: 0 days SGT
                                             Isolation
                                             Date In: 01/12/1993   Date Out: 01/26/1993   Total Days: 15

| 01/12/1993 | **Class Level:** | Level 4 |
|---|---|---|
| 01/26/1993 | **Class Level:** | Level 3 |

## Virginia Department of Corrections

**OSC-107**                                    **Summary Audit**

| | | |
|---|---|---|
| **Offender #:** 185492 | **Offender:** Johnson, Kevin | **Print Date:** 9/10/2008 3:13 PM |
| **Status:** Active | **Location:** Red Onion State Prison | **Page:** 10 of 41 |

| <u>Date</u> | <u>Event Description</u> | |
|---|---|---|
| 02/01/1993 | **Disciplinary Offense:** | 212 - Threatening Bodily Harm<br>Lost: 30 days SGT<br>Applied: 12.83 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release<br>Isolation<br>Date In: 03/18/1993   Date Out: 04/01/1993   Total Days: 15 |
| 02/01/1993 | **Disciplinary Offense:** | 210 - Indecent Exposure<br>Lost: 0 days SGT<br>Isolation<br>Date In: 02/16/1993   Date Out: 03/02/1993   Total Days: 15 |
| 02/16/1993 | **Class Level:** | Level 4 |
| 02/25/1993 | **Disciplinary Offense:** | 111 - Damage Prop,; State/Any Person<br>Lost: 30 days SGT<br>Applied: 2.50 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release |
| 02/26/1993 | **Disciplinary Offense:** | 105 - Assault Upon Any Person<br>Lost: 60 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release<br>Isolation<br>Date In: 04/17/1993   Date Out: 05/01/1993   Total Days: 15 |
| 03/02/1993 | **Class Level:** | Level 3 |
| 03/05/1993 | **Disciplinary Offense:** | 105 - Assault Upon Any Person<br>Lost: 0 days SGT<br>Isolation<br>Date In: 05/17/1993   Date Out: 05/31/1993   Total Days: 15 |
| 03/10/1993 | **Disciplinary Offense:** | 212 - Threatening Bodily Harm<br>Lost: 30 days SGT<br>Applied: 1.33 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release<br>Isolation<br>Date In: 06/16/1993   Date Out: 06/30/1993   Total Days: 15 |
| 03/18/1993 | **Class Level:** | Level 4 |

Virginia Department of Corrections

OSC-107                                          Summary Audit

| Offender #: 185492 | Offender: Johnson, Kevin | Print Date: 9/10/2008 3:13 PM |
|---|---|---|
| Status: Active | Location: Red Onion State Prison | Page:    11 of 41 |

| Date | Event Description | |
|---|---|---|
| 03/24/1993 | **Disciplinary Offense:** | 109B – Possession; Intoxicants<br>Lost: 60 days SGT<br>Applied: 1.33 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release<br>Isolation<br>Date In: 07/16/1993   Date Out: 07/30/1993   Total Days: 15 |
| 03/30/1993 | **Disciplinary Offense:** | 198 – Consp./Attempt/Abet 100 Series<br>Lost: 0 days SGT<br>15D CELL RESTRICTION |
| 03/31/1993 | **Disciplinary Offense:** | 105 – Assault Upon Any Person<br>Lost: 30 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release<br>15D ISOL SUSPENDED |
| 03/31/1993 | **Disciplinary Offense:** | 105 – Assault Upon Any Person<br>Lost: 30 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release<br>Isolation<br>Date In: 10/14/1993   Date Out: 10/28/1993   Total Days: 15 |
| 04/01/1993 | **Disciplinary Offense:** | 105 – Assault Upon Any Person<br>Lost: 30 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release<br>Isolation<br>Date In: 11/13/1993   Date Out: 11/27/1993   Total Days: 15 |
| 04/01/1993 | **Class Level:** | Level 3 |
| 04/17/1993 | **Class Level:** | Level 4 |
| 05/01/1993 | **Class Level:** | Level 3 |
| 05/08/1993 | **Disciplinary Offense:** | 105 – Assault Upon Any Person<br>Lost: 90 days SGT<br>Applied: 3.83 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release<br>15D ISOL SUSPENDED |
| 05/10/1993 | **Disciplinary Offense:** | 102 – Possession Of A Weapon<br>Lost: 90 days SGT<br>Applied: 0.33 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release<br>15D ISOL SUSPENDED |
| 05/17/1993 | **Class Level:** | Level 4 |

Virginia Department of Corrections

OSC-107                                Summary Audit

| Offender #: 185492 | Offender: Johnson, Kevin | Print Date: 9/10/2008 3:13 PM |
|---|---|---|
| Status:  Active | Location:  Red Onion State Prison | Page:     12 of 41 |

Date                Event Description

05/20/1993      **Disciplinary Offense:**      198 - Consp./Attempt/Abet 100 Series
                                               Lost: 0 days SGT
                                               10D ISOL SUSPENDED

05/29/1993      **Disciplinary Offense:**      102 - Possession Of A Weapon
                                               Lost: 0 days SGT
                                               15D ISOL/SUSP/TRANSFERED

05/29/1993      **Disciplinary Offense:**      105 - Assault Upon Any Person
                                               Lost: 90 days SGT
                                               Applied: 1.17 days lost for Discretionary Parole
                                               Applied: 0.00 days lost for Release
                                               Isolation
                                               Date In: 09/01/1993   Date Out: 09/15/1993   Total Days: 15

05/29/1993      **Disciplinary Offense:**      105 - Assault Upon Any Person
                                               Lost: 0 days SGT
                                               15D ISOL/SUSP/TRANSFERED

05/31/1993      **Disciplinary Offense:**      105 - Assault Upon Any Person
                                               Lost: 90 days SGT
                                               Applied: 0.00 days lost for Discretionary Parole
                                               Applied: 0.00 days lost for Release
                                               Isolation
                                               Date In: 08/01/1993   Date Out: 08/15/1993   Total Days: 15

05/31/1993      **Class Level:**               Level 3

06/13/1993      **Disciplinary Offense:**      105 - Assault Upon Any Person
                                               Lost: 60 days SGT
                                               Applied: 2.17 days lost for Discretionary Parole
                                               Applied: 0.00 days lost for Release
                                               Pre Hearing Days
                                               Date In: 12/01/1993   Date Out: 12/05/1993   Total Days: 5
                                               Isolation
                                               Date In: 12/06/1993   Date Out: 12/15/1993   Total Days: 10

06/16/1993      **Class Level:**               Level 4

06/19/1993      **Disciplinary Offense:**      102 - Possession Of A Weapon
                                               Lost: 60 days SGT
                                               Applied: 0.50 days lost for Discretionary Parole
                                               Applied: 0.00 days lost for Release
                                               15D ISO SUSP/ TRANSFER

06/19/1993      **Disciplinary Offense:**      104 - Setting A Fire
                                               Lost: 90 days SGT
                                               Applied: 0.00 days lost for Discretionary Parole
                                               Applied: 0.00 days lost for Release
                                               15D ISO SUSP/ TRANSFER

## Virginia Department of Corrections

**OSC-107**                                    Summary Audit

| Offender #: 185492 | Offender: Johnson, Kevin | | Print Date: 9/10/2008 3:13 PM |
|---|---|---|---|
| Status: Active | Location: Red Onion State Prison | Page: | 13 of 41 |

| Date | Event Description | |
|---|---|---|
| 06/21/1993 | **Disciplinary Offense:** | 111 – Damage Prop,; State/Any Person<br>Lost: 0 days SGT<br>15D ISO SUSP/ TRANSFER |
| 06/23/1993 | **Disciplinary Offense:** | 105 – Assault Upon Any Person<br>Lost: 0 days SGT<br>5D ISOL SUSPENDED |
| 06/24/1993 | **Disciplinary Offense:** | 198 – Consp./Attempt/Abet 100 Series<br>Lost: 0 days SGT<br>15D ISO SUSP/ TRANSFER |
| 06/24/1993 | **Disciplinary Offense:** | 201 – Disobeying An Order<br>Lost: 0 days SGT<br>15D LOSS CANTEEN PRIV. |
| 06/30/1993 | **Class Level:** | Level 3 |
| 07/14/1993 | **Disciplinary Offense:** | 210 – Indecent Exposure<br>Lost: 0 days SGT<br>15D ISO SUSP/ TRANSFER |
| 07/16/1993 | **Class Level:** | Level 4 |
| 07/30/1993 | **Class Level:** | Level 3 |
| 08/01/1993 | **Class Level:** | Level 4 |
| 08/11/1993 | **Disciplinary Offense:** | 201 – Disobeying An Order<br>Lost: 0 days SGT<br>REPRIMAND |
| 08/15/1993 | **Class Level:** | Level 3 |
| 09/01/1993 | **Class Level:** | Level 4 |
| 09/04/1993 | **Disciplinary Offense:** | 111 – Damage Prop,; State/Any Person<br>Lost: 10 days SGT<br>Applied: 5.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release<br>10D ISO SUSP/ TRANSFER |
| 09/04/1993 | **Disciplinary Offense:** | 102 – Possession Of A Weapon<br>Lost: 10 days SGT<br>Applied: 0.83 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release<br>15D ISO SUSP/ TRANSFER |
| 09/04/1993 | **Disciplinary Offense:** | 105 – Assault Upon Any Person<br>Lost: 5 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release<br>15D ISO SUSP/ TRANSFER |

Virginia Department of Corrections

OSC-107                                    Summary Audit

| Offender #: 185492 | Offender: Johnson, Kevin | Print Date: 9/10/2008 3:13 PM |
|---|---|---|
| Status:  Active | Location:  Red Onion State Prison | Page:     14 of 41 |

| Date | Event Description | |
|---|---|---|
| 09/15/1993 | Class Level: | Level 3 |
| 10/14/1993 | Class Level: | Level 4 |
| 10/27/1993 | Disciplinary Offense: | 105 – Assault Upon Any Person<br>Lost: 60 days SGT<br>Applied: 4.83 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release<br>15DYS ISOLATION SUSP. |
| 10/28/1993 | Class Level: | Level 3 |
| 11/03/1993 | Disciplinary Offense: | 105 – Assault Upon Any Person<br>Lost: 0 days SGT<br>Pre Hearing Days<br>Date In: 11/03/1993   Date Out: 11/12/1993   Total Days: 10<br>15D ISO/BAL SUS TRANSFER |
| 11/03/1993 | Class Level: | Level 4 |
| 11/12/1993 | Class Level: | Level 3 |
| 11/13/1993 | Class Level: | Level 4 |
| 11/27/1993 | Class Level: | Level 3 |
| 12/01/1993 | Class Level: | Level 4 |
| 12/05/1993 | Class Level: | Level 3 |
| 12/06/1993 | Class Level: | Level 4 |
| 12/15/1993 | Class Level: | Level 3 |
| 01/23/1994 | Disciplinary Offense: | 111 – Damage Prop,; State/Any Person<br>Lost: 0 days SGT<br>15DYS CELL RESTRICTION |
| 01/30/1994 | Disciplinary Offense: | 201 – Disobeying An Order<br>Lost: 0 days SGT<br>15DY CELL RESTRICTION |
| 01/30/1994 | Disciplinary Offense: | 102 – Possession Of A Weapon<br>Lost: 0 days SGT<br>Pre Hearing Days<br>Date In: 01/30/1994   Date Out: 02/08/1994   Total Days: 10<br>15D ISOL 5D SUSPENDED |
| 01/30/1994 | Class Level: | Level 4 |
| 02/08/1994 | Class Level: | Level 3 |

**Virginia Department of Corrections**

OSC-107                                  **Summary Audit**

| | | |
|---|---|---|
| **Offender #:** 185492 | **Offender:** Johnson, Kevin | **Print Date:** 9/10/2008 3:13 PM |
| **Status:** Active | **Location:** Red Onion State Prison | **Page:** 15 of 41 |

| Date | Event Description | |
|------|-------------------|--|
| 02/23/1994 | **Disciplinary Offense:** | 201 - Disobeying An Order<br>Lost: 0 days SGT<br>15D CELL RESTRICTION |
| 03/08/1994 | **Disciplinary Offense:** | 111 - Damage Prop,; State/Any Person<br>Lost: 0 days SGT<br>15D LSGT SUSPENDED |
| 03/11/1994 | **Disciplinary Offense:** | 104 - Setting A Fire<br>Lost: 0 days SGT<br>30D LSGT SUSPENDED |
| 03/11/1994 | **Disciplinary Offense:** | 105 - Assault Upon Any Person<br>Lost: 0 days SGT<br>15D ISOL SUSPENDED |
| 03/13/1994 | **Disciplinary Offense:** | 105 - Assault Upon Any Person<br>Lost: 0 days SGT<br>30D LSGT SUSPENDED |
| 03/13/1994 | **Disciplinary Offense:** | 105 - Assault Upon Any Person<br>Lost: 0 days SGT<br>15D ISOL SUSPENDED |
| 03/13/1994 | **Disciplinary Offense:** | 102 - Possession Of A Weapon<br>Lost: 0 days SGT<br>30D LSGT SUSPENDED |
| 03/13/1994 | **Disciplinary Offense:** | 105 - Assault Upon Any Person<br>Lost: 0 days SGT<br>30D LSGT SUSPENDED |
| 03/27/1994 | **Disciplinary Offense:** | 222 - Use Vulgar/Insolent Language<br>Lost: 0 days SGT<br>Pre Hearing Days<br>Date In: 03/27/1994  Date Out: 03/31/1994  Total Days: 5 |
| 03/27/1994 | **Class Level:** | Level 4 |
| 03/31/1994 | **Class Level:** | Level 3 |
| 04/16/1994 | **Disciplinary Offense:** | 105 - Assault Upon Any Person<br>Lost: 0 days SGT<br>Isolation<br>Date In: 05/06/1994  Date Out: 05/20/1994  Total Days: 15 |
| 04/16/1994 | **Disciplinary Offense:** | 229 - Being In An Unauthorized Area<br>Lost: 0 days SGT<br>Pre Hearing Days<br>Date In: 04/16/1994  Date Out: 04/25/1994  Total Days: 10 |

Virginia Department of Corrections

OSC-107                                **Summary Audit**

| **Offender #:** 185492 | **Offender:** Johnson, Kevin | **Print Date:** 9/10/2008 3:13 PM |
|---|---|---|
| **Status:** Active | **Location:** Red Onion State Prison | **Page:** 16 of 41 |

| Date | Event Description | |
|---|---|---|
| 04/16/1994 | **Class Level:** | Level 4 |
| 04/19/1994 | **Disciplinary Offense:** | 105 – Assault Upon Any Person<br>Lost: 30 days SGT<br>Applied: 15.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release |
| 04/20/1994 | **Disciplinary Offense:** | 111 – Damage Prop,; State/Any Person<br>Lost: 15 days SGT<br>Applied: 5.17 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release |
| 04/25/1994 | **Class Level:** | Level 3 |
| 05/06/1994 | **Class Level:** | Level 4 |
| 05/20/1994 | **Class Level:** | Level 3 |
| 06/17/1994 | **Class Level:** | Level 4 |
| 07/08/1994 | **Disciplinary Offense:** | 210 – Indecent Exposure<br>Lost: 0 days SGT<br>Isolation<br>Date In: 07/20/1994   Date Out: 07/29/1994   Total Days: 10 |
| 07/10/1994 | **Disciplinary Offense:** | 210 – Indecent Exposure<br>Lost: 0 days SGT<br>LOSS CANTEEN 30 DAYS |
| 07/20/1994 | **Class Level:** | Level 4 |
| 07/29/1994 | **Class Level:** | Level 4 |
| 08/09/1994 | **Disciplinary Offense:** | 210 – Indecent Exposure<br>Lost: 0 days SGT<br>Isolation<br>Date In: 08/23/1994   Date Out: 09/06/1994   Total Days: 15 |
| 08/23/1994 | **Class Level:** | Level 4 |
| 08/24/1994 | **Disciplinary Offense:** | 210 – Indecent Exposure<br>Lost: 0 days SGT<br>REPRIMAND |
| 08/25/1994 | **Disciplinary Offense:** | 205 – Delaying/Hindering Employee<br>Lost: 0 days SGT<br>REPRIMAND |

Virginia Department of Corrections

OSC-107                                    Summary Audit

| Offender #:  185492    Offender:  Johnson, Kevin | Print Date:  9/10/2008 3:13 PM |
|---|---|
| Status:  Active    Location:  Red Onion State Prison | Page:    17 of 41 |

| Date | Event Description | |
|---|---|---|
| 08/30/1994 | **Disciplinary Offense:** | 111 – Damage Prop,; State/Any Person<br>Lost: 0 days SGT<br>REPRIMAND |
| 09/02/1994 | **Disciplinary Offense:** | 111 – Damage Prop,; State/Any Person<br>Lost: 15 days SGT<br>Applied: 6.50 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release |
| 09/06/1994 | **Class Level:** | Level 4 |
| 09/07/1994 | **Disciplinary Offense:** | 105 – Assault Upon Any Person<br>Lost: 0 days SGT<br>Isolation<br>Date In: 10/11/1994  Date Out: 10/25/1994  Total Days: 15 |
| 09/07/1994 | **Disciplinary Offense:** | 102 – Possession Of A Weapon<br>Lost: 0 days SGT<br>Pre Hearing Days<br>Date In: 09/07/1994  Date Out: 09/16/1994  Total Days: 10 |
| 09/07/1994 | **Disciplinary Offense:** | 201 - Disobeying An Order<br>Lost: 0 days SGT<br>10DYS ISO/TRANSFERED |
| 09/07/1994 | **Class Level:** | Level 4 |
| 09/16/1994 | **Disciplinary Offense:** | 102 – Possession Of A Weapon<br>Lost: 0 days SGT<br>15DY.ISO.NOT SERV/TRANS. |
| 09/16/1994 | **Class Level:** | Level 4 |
| 10/11/1994 | **Class Level:** | Level 4 |
| 10/18/1994 | **Disciplinary Offense:** | 224 – Possession Of Contraband<br>Lost: 0 days SGT<br>REPRIMAND |
| 10/25/1994 | **Class Level:** | Level 4 |
| 02/12/1995 | **Disciplinary Offense:** | 212 – Threatening Bodily Harm<br>Lost: 30 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release<br>Isolation<br>Date In: 03/24/1995  Date Out: 04/07/1995  Total Days: 15 |

**Virginia Department of Corrections**

OSC-107                                    **Summary Audit**

| | | |
|---|---|---|
| **Offender #:** 185492 | **Offender:** Johnson, Kevin | **Print Date:** 9/10/2008 3:13 PM |
| **Status:** Active | **Location:** Red Onion State Prison | **Page:** 18 of 41 |

<u>**Date**</u>          <u>**Event Description**</u>

03/01/1995      **Disciplinary Offense:**      198 – Consp./Attempt/Abet 100 Series
Lost: 30 days SGT
Applied: 0.00 days lost for Discretionary Parole
Applied: 0.00 days lost for Release
Isolation
Date In: 04/24/1995   Date Out: 05/08/1995   Total Days: 15

03/01/1995      **Disciplinary Offense:**      216 – Poss; Unauthorized Money–Field Units
Lost: 30 days SGT
Applied: 0.00 days lost for Discretionary Parole
Applied: 0.00 days lost for Release

03/01/1995      **Disciplinary Offense:**      102 – Possession Of A Weapon
Lost: 90 days SGT
Applied: 0.00 days lost for Discretionary Parole
Applied: 0.00 days lost for Release
Isolation
Date In: 05/23/1995   Date Out: 06/06/1995   Total Days: 15

03/06/1995      **Disciplinary Offense:**      102 – Possession Of A Weapon
Lost: 90 days SGT
Applied: 0.00 days lost for Discretionary Parole
Applied: 0.00 days lost for Release
Isolation
Date In: 07/24/1995   Date Out: 08/07/1995   Total Days: 15

03/07/1995      **Disciplinary Offense:**      102 – Possession Of A Weapon
Lost: 90 days SGT
Applied: 0.00 days lost for Discretionary Parole
Applied: 0.00 days lost for Release
Isolation
Date In: 06/22/1995   Date Out: 07/06/1995   Total Days: 15

03/13/1995      **Disciplinary Offense:**      102 – Possession Of A Weapon
Lost: ALL days SGT
Applied: 0.00 days lost for Discretionary Parole
Applied: 0.00 days lost for Release
Isolation
Date In: 08/23/1995   Date Out: 09/06/1995   Total Days: 15

03/20/1995      **Disciplinary Offense:**      111 – Damage Prop,; State/Any Person
Lost: 0 days SGT
RESTITUTION FOR REPAIR

Virginia Department of Corrections

OSC-107                              Summary Audit

| Offender #: 185492 | Offender: Johnson, Kevin | Print Date: 9/10/2008 3:13 PM |
|---|---|---|
| Status:   Active | Location:   Red Onion State Prison | Page:      19 of 41 |

| Date | Event Description | |
|---|---|---|
| 03/22/1995 | Disciplinary Offense: | 198 – Consp./Attempt/Abet 100 Series<br>Lost: 0 days SGT<br>15DYS ISOL. TRANSFERRED |
| 03/24/1995 | Disciplinary Offense: | 105 – Assault Upon Any Person<br>Lost: ALL days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release<br>15DY ISOL/TRANSFERRED |
| 03/24/1995 | Disciplinary Offense: | 198 – Consp./Attempt/Abet 100 Series<br>Lost: 0 days SGT<br>15DYS ISOL. TRANSFERRED |
| 03/24/1995 | Class Level: | Level 4 |
| 03/27/1995 | Disciplinary Offense: | 102 – Possession Of A Weapon<br>Lost: 90 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release<br>15DYS ISO. TRANSFERRED |
| 03/28/1995 | Disciplinary Offense: | 105 – Assault Upon Any Person<br>Lost: ALL days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release<br>15DY ISOL/TRANSFERRED |
| 04/07/1995 | Class Level: | Level 4 |
| 04/13/1995 | Disciplinary Offense: | 105 – Assault Upon Any Person<br>Lost: 0 days SGT<br>Isolation<br>Date In: 02/14/1996   Date Out: 02/28/1996   Total Days: 15 |
| 04/13/1995 | Disciplinary Offense: | 105 – Assault Upon Any Person<br>Lost: 0 days SGT<br>Isolation<br>Date In: 03/15/1996   Date Out: 03/29/1996   Total Days: 15 |
| 04/13/1995 | Disciplinary Offense: | 102 – Possession Of A Weapon<br>Lost: 90 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release<br>Isolation<br>Date In: 04/15/1996   Date Out: 04/29/1996   Total Days: 15 |
| 04/24/1995 | Class Level: | Level 4 |
| 05/08/1995 | Class Level: | Level 4 |

Virginia Department of Corrections

OSC-107                                        Summary Audit

| Offender #:  185492 | Offender:  Johnson, Kevin | Print Date: 9/10/2008 3:13 PM |
|---|---|---|
| Status:  Active | Location:  Red Onion State Prison | Page:      20 of 41 |

| Date | Event Description | |
|---|---|---|
| 05/23/1995 | Class Level: | Level 4 |
| 05/30/1995 | Disciplinary Offense: | 111 - Damage Prop,; State/Any Person<br>Lost: 0 days SGT<br>15DYS CELL RESTRICTION |
| 06/06/1995 | Class Level: | Level 4 |
| 06/07/1995 | Disciplinary Offense: | 102 - Possession Of A Weapon<br>Lost: 0 days SGT<br>15D CELL RESTRICTION |
| 06/08/1995 | Disciplinary Offense: | 212 - Threatening Bodily Harm<br>Lost: 0 days SGT<br>15D CELL RESTRICTION |
| 06/09/1995 | Disciplinary Offense: | 102 - Possession Of A Weapon<br>Lost: 0 days SGT<br>Isolation<br>Date In: 09/22/1995   Date Out: 10/06/1995   Total Days: 15 |
| 06/09/1995 | Disciplinary Offense: | 102 - Possession Of A Weapon<br>Lost: 0 days SGT<br>Isolation<br>Date In: 10/23/1995   Date Out: 11/06/1995   Total Days: 15 |
| 06/22/1995 | Class Level: | Level 4 |
| 06/28/1995 | Disciplinary Offense: | 201 - Disobeying An Order<br>Lost: 0 days SGT<br>15D CELL RESTRICTION |
| 07/06/1995 | Disciplinary Offense: | 104 - Setting A Fire<br>Lost: 0 days SGT<br>Pre Hearing Days<br>Date In: 07/07/1995   Date Out: 07/20/1995   Total Days: 14 |
| 07/06/1995 | Class Level: | Level 4 |
| 07/07/1995 | Class Level: | Level 4 |
| 07/14/1995 | Disciplinary Offense: | 205 - Delaying/Hindering Employee<br>Lost: 0 days SGT<br>15 DAYS CELL REST. |
| 07/14/1995 | Disciplinary Offense: | 205 - Delaying/Hindering Employee<br>Lost: 0 days SGT<br>15D CELL RESTRICTION |

Virginia Department of Corrections

OSC-107                                    Summary Audit

| Offender #:  185492 | Offender:  Johnson, Kevin | | Print Date:  9/10/2008 3:13 PM |
|---|---|---|---|
| Status:  Active | Location:  Red Onion State Prison | Page: | 21 of 41 |

| Date | Event Description | |
|---|---|---|
| 07/14/1995 | Disciplinary Offense: | 205 – Delaying/Hindering Employee<br>Lost: 0 days SGT<br>15D CELL RESTRICTION |
| 07/14/1995 | Disciplinary Offense: | 111 – Damage Prop,; State/Any Person<br>Lost: 0 days SGT<br>15 DAYS CELL REST. |
| 07/15/1995 | Disciplinary Offense: | 224 – Possession Of Contraband<br>Lost: 0 days SGT<br>15D CELL RESTRICTION |
| 07/17/1995 | Time Comp Memo: | INJURY STATE EMPOLYEE CHGE. FROM MECKLENBURG CO.<br>HEARD ON 6/21/95  HAS BEEN CONTINUED TO 7/31/95. |
| 07/20/1995 | Class Level: | Level 4 |
| 07/21/1995 | Class Level: | Level 4 |
| 07/24/1995 | Class Level: | Level 4 |
| 08/07/1995 | Class Level: | Level 4 |
| 08/17/1995 | Disciplinary Offense: | 111 – Damage Prop,; State/Any Person<br>Lost: 0 days SGT<br>15 DAYS CELL RESTRICTION |
| 08/23/1995 | Disciplinary Offense: | 201 – Disobeying An Order<br>Lost: 0 days SGT<br>15 DAYS CELL RESTRICTION |
| 08/23/1995 | Class Level: | Level 4 |
| 09/05/1995 | Sentence: | Mecklenburg Circuit – Docket:<br>Offense: Felonious Wounding{NCIC-1321}<br>Offense Date: 03/13/1994<br>Good Time System: Good Conduct Allowance<br>Consecutive Sentence<br>Felony Term Indicator: 2<br>Sentence Imposed: 8 Years 0 Months 0 Days<br>Straight Sentence<br>Sentence Comments: CR94-233-00<br>Potential Registry: N-No<br>09/05/1995 |
| 09/06/1995 | Class Level: | Level 4 |
| 09/07/1995 | Class Level: | Level 4 |
| 09/09/1995 | Disciplinary Offense: | 201 – Disobeying An Order<br>Lost: 0 days SGT<br>15 DAYS CELL RESTRICTION |

Virginia Department of Corrections

OSC-107                                            Summary Audit

| Offender #: 185492 | Offender: Johnson, Kevin | Print Date: 9/10/2008 3:13 PM |
|---|---|---|
| Status:  Active | Location: Red Onion State Prison | Page:     22 of 41 |

| Date | Event Description | |
|---|---|---|
| 09/22/1995 | **Class Level:** | Level 4 |
| 09/23/1995 | **Disciplinary Offense:** | 105 – Assault Upon Any Person<br>Lost: 0 days SGT<br>Pre Hearing Days<br>Date In: 01/14/1996   Date Out: 01/28/1996   Total Days: 15 |
| 09/25/1995 | **Disciplinary Offense:** | 102 – Possession Of A Weapon<br>Lost: 0 days SGT<br>Isolation<br>Date In: 12/15/1995   Date Out: 12/29/1995   Total Days: 15 |
| 09/27/1995 | **Disciplinary Offense:** | 105 – Assault Upon Any Person<br>Lost: ALL days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release<br>15D ISOLATION/SUSPENDED |
| 10/06/1995 | **Class Level:** | Level 4 |
| 10/23/1995 | **Class Level:** | Level 4 |
| 11/06/1995 | **Class Level:** | Level 4 |
| 11/13/1995 | **Disciplinary Offense:** | 224 – Possession Of Contraband<br>Lost: 0 days SGT<br>REPRIMAND |
| 12/01/1995 | **Disciplinary Offense:** | 201 – Disobeying An Order<br>Lost: 0 days SGT<br>Isolation<br>Date In: 05/20/1996   Date Out: 05/29/1996   Total Days: 10 |
| 12/07/1995 | **Disciplinary Offense:** | 212 – Threatening Bodily Harm<br>Lost: 0 days SGT<br>Isolation<br>Date In: 08/05/1996   Date Out: 08/19/1996   Total Days: 15 |
| 12/15/1995 | **Class Level:** | Level 4 |
| 12/18/1995 | **Time Comp Memo:** | SUBJECT PLACED IN LEVEL 4 FOR 12 MONTHS DUE TO INSTITUTIONAL CHARGE OF BODILY INJURY TO CORRECTIONS OFFICER.  THE EFFECTIVE DATE OF LEVEL 4 HAS BEEN ADJUSTED FROM 9-5-95 TO 9-7-95 IN ORDER TO REFLECT ISOLATION PERIOD FOR ADJUSTMENT COMMITTEE REPORT DATED 3-13-93 FOR POSSESSION OF A WEAPON. |

Virginia Department of Corrections

| OSC-107 | Summary Audit | | |
|---|---|---|---|

| Offender #: 185492 | Offender: Johnson, Kevin | Print Date: 9/10/2008 3:13 PM |
|---|---|---|
| Status: Active | Location: Red Onion State Prison | Page: 23 of 41 |

| Date | Event Description | |
|---|---|---|
| 12/19/1995 | **Disciplinary Offense:** | 201 - Disobeying An Order<br>Lost: 0 days SGT<br>Isolation<br>Date In: 06/13/1996   Date Out: 06/22/1996   Total Days: 10 |
| 12/20/1995 | **Disciplinary Offense:** | 105 - Assault Upon Any Person<br>Lost: 0 days SGT<br>Isolation<br>Date In: 07/06/1996   Date Out: 07/20/1996   Total Days: 15 |
| 12/29/1995 | **Class Level:** | Level 4 |
| 01/02/1996 | **Disciplinary Offense:** | 105 - Assault Upon Any Person<br>Lost: 0 days SGT<br>Isolation<br>Date In: 09/04/1996   Date Out: 09/18/1996   Total Days: 15 |
| 01/10/1996 | **Disciplinary Offense:** | 105 - Assault Upon Any Person<br>Lost: 90 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release<br>15DAYS ISOL. SUSP. |
| 01/14/1996 | **Class Level:** | Level 4 |
| 01/19/1996 | **Time Comp Memo:** | DUE TO NEW FELONY CONVICTION OF FELONIOUS WOUNDING, SUBJECT S FTI HAS BEEN INCREASED TO 2. |
| 01/28/1996 | **Class Level:** | Level 4 |
| 02/08/1996 | **Time Comp Memo:** | CLASS LEVEL 4 DATED 7-7-95 HAS BEEN ADJUSTED IN ORDER TO REFLECT ISOLATION PERIOD FOR ADJUSTMENT COMMITTEE REPORT DATED 7-6-95 FOR SETTING A FIRE WITH POTENTIAL OR ACTUAL SERIOUS DAMAGE OR INJURY TO PERSONS OR PROPERTY. |
| 02/14/1996 | **Class Level:** | Level 4 |
| 02/28/1996 | **Class Level:** | Level 4 |
| 03/10/1996 | **Disciplinary Offense:** | 105 - Assault Upon Any Person<br>Lost: 0 days SGT<br>Isolation<br>Date In: 11/03/1996   Date Out: 11/12/1996   Total Days: 10 |

Virginia Department of Corrections

OSC-107                                    Summary Audit

| Offender #:  185492 | Offender:  Johnson, Kevin | Print Date: 9/10/2008 3:13 PM |
|---|---|---|
| Status:  Active | Location:  Red Onion State Prison | Page:      24 of 41 |

| Date | Event Description | |
|---|---|---|
| 03/10/1996 | **Disciplinary Offense:** | 105 – Assault Upon Any Person<br>Lost: 90 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release<br>Isolation<br>Date In: 10/04/1996   Date Out: 10/18/1996   Total Days: 15 |
| 03/12/1996 | **Disciplinary Offense:** | 105 – Assault Upon Any Person<br>Lost: 90 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release<br>Isolation<br>Date In: 02/22/1997   Date Out: 03/08/1997   Total Days: 15 |
| 03/15/1996 | **Class Level:** | Level 4 |
| 03/19/1996 | **Disciplinary Offense:** | 205 – Delaying/Hindering Employee<br>Lost: 0 days SGT<br>Isolation<br>Date In: 12/03/1996   Date Out: 12/17/1996   Total Days: 15 |
| 03/29/1996 | **Class Level:** | Level 4 |
| 04/15/1996 | **Class Level:** | Level 4 |
| 04/29/1996 | **Class Level:** | Level 4 |
| 05/20/1996 | **Class Level:** | Level 4 |
| 05/29/1996 | **Class Level:** | Level 4 |
| 06/02/1996 | **Disciplinary Offense:** | 102 – Possession Of A Weapon<br>Lost: 0 days SGT<br>Isolation<br>Date In: 01/23/1997   Date Out: 02/06/1997   Total Days: 15 |
| 06/11/1996 | **Class Level:** | Level 4 |
| 06/13/1996 | **Class Level:** | Level 4 |
| 06/22/1996 | **Class Level:** | Level 4 |
| 07/06/1996 | **Class Level:** | Level 4 |
| 07/20/1996 | **Class Level:** | Level 4 |
| 08/05/1996 | **Class Level:** | Level 4 |
| 08/19/1996 | **Class Level:** | Level 4 |