Virginia Department of Corrections

OSC-107                                Summary Audit

| Offender #: 185492 | Offender: Johnson, Kevin | | Print Date: 9/10/2008 3:13 PM |
|---|---|---|---|
| Status:  Active | Location:  Red Onion State Prison | Page: | 25 of 41 |

| Date | Event Description | |
|---|---|---|
| 08/23/1996 | Class Level: | Level 4 |
| 08/23/1996 | Sentence: | Mecklenburg Circuit - Docket:<br>Offense: Possession Of Weapon{NCIC-5212}<br>Offense Date: 09/25/1995<br>Good Time System: Earned Sentence Credit<br>Consecutive Sentence<br>Sentence Imposed: 5 Years 0 Months 0 Days<br>Straight Sentence<br>Sentence Comments: CR95-343-00<br>Sentence Memo: KNIFE, INSTRUMENT OR TOOL NOT<br>AUTHORIZED – WHILE A PRISONER IN A STATE CORRECTIONAL<br>FACILITY.<br>Potential Registry: N-No |
| 08/23/1996 | Sentence: | Mecklenburg Circuit - Docket:<br>Offense: Assault And Battery{NCIC-5315}<br>Offense Date: 09/25/1995<br>Good Time System: Good Conduct Allowance<br>Consecutive Sentence<br>Felony Term Indicator: 3<br>Sentence Imposed: 0 Years 3 Months 0 Days<br>Straight Sentence<br>Sentence Comments: CR95-343-01<br>Sentence Memo: AN EMPLOYEE OF A STATE CORRECTIONAL<br>FACILITY.<br>Potential Registry: N-No<br>08/23/1996 |
| 08/23/1996 | Sentence: | Mecklenburg Circuit – Docket:<br>Offense: Assault And Battery{NCIC-5315}<br>Offense Date: 09/25/1995<br>Good Time System: Good Conduct Allowance<br>Consecutive Sentence<br>Felony Term Indicator: 3<br>Sentence Imposed: 0 Years 6 Months 0 Days<br>Straight Sentence<br>Sentence Comments: CR95-343-02<br>Sentence Memo: AN EMPLOYEE OF A STATE CORRECTIONAL<br>FACILITY.<br>Potential Registry: N-No<br>08/23/1996 |
| 09/04/1996 | Class Level: | Level 4 |
| 09/18/1996 | Class Level: | Level 4 |
| 09/24/1996 | Time Comp Memo: | SUBJECT PLACED IN CLASS LEVEL 4 FOR 12 MONTHS DUE TO 3<br>INSTITUTIONAL SENTENCES RECEIVED BY INMATE ON<br>08/23/96.  FTI RAISED TO A 3RD. TERM FELON DUE TO AN<br>INSTITUTIONAL SENTENCE  RECEIVED BY INMATE ON 8/23/96. |

Virginia Department of Corrections

**OSC-107**                                           Summary Audit

| Offender #: 185492 | Offender: Johnson, Kevin | Print Date: 9/10/2008 3:13 PM |
|---|---|---|
| Status: Active | Location: Red Onion State Prison | Page: 26 of 41 |

| Date | Event Description | |
|---|---|---|
| 10/04/1996 | **Class Level:** | Level 4 |
| 10/18/1996 | **Class Level:** | Level 4 |
| 11/03/1996 | **Class Level:** | Level 4 |
| 11/12/1996 | **Class Level:** | Level 4 |
| 12/03/1996 | **Class Level:** | Level 4 |
| 12/17/1996 | **Class Level:** | Level 4 |
| 01/23/1997 | **Class Level:** | Level 4 |
| 02/06/1997 | **Class Level:** | Level 4 |
| 02/22/1997 | **Class Level:** | Level 4 |
| 03/08/1997 | **Class Level:** | Level 4 |
| 03/17/1997 | **Disciplinary Offense:** | 111 – Damage Prop,; State/Any Person<br>Lost: 30 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release<br>Isolation<br>Date In: 03/20/1997  Date Out: 04/03/1997  Total Days: 15 |
| 03/20/1997 | **Class Level:** | Level 4 |
| 04/03/1997 | **Class Level:** | Level 4 |
| 05/12/1997 | **Disciplinary Offense:** | 210 – Indecent Exposure<br>Lost: 0 days SGT<br>Isolation<br>Date In: 05/19/1997  Date Out: 06/02/1997  Total Days: 15 |
| 05/19/1997 | **Class Level:** | Level 4 |
| 06/02/1997 | **Class Level:** | Level 4 |
| 07/21/1997 | **Disciplinary Offense:** | 105 – Assault Upon Any Person<br>Lost: 0 days SGT<br>Isolation<br>Date In: 08/27/1997  Date Out: 09/10/1997  Total Days: 15 |

Virginia Department of Corrections

OSC-107                                          Summary Audit

| Offender #: 185492 | Offender: Johnson, Kevin | | Print Date: 9/10/2008 3:13 PM |
|---|---|---|---|
| Status:  Active | Location:  Red Onion State Prison | Page: | 27 of 41 |

<u>Date</u>          <u>Event Description</u>

07/21/1997    **Disciplinary Offense:**    205 - Delaying/Hindering Employee
Lost: 30 days SGT
Applied: 0.00 days lost for Discretionary Parole
Applied: 0.00 days lost for Release
Isolation
Date In: 07/28/1997   Date Out: 08/11/1997   Total Days: 15

07/24/1997    **Disciplinary Offense:**    102 - Possession Of A Weapon
Lost: 5 days SGT
Applied: 0.00 days lost for Discretionary Parole
Applied: 0.00 days lost for Release
Isolation
Date In: 09/26/1997   Date Out: 09/30/1997   Total Days: 5

07/28/1997    **Class Level:**    Level 4

08/11/1997    **Class Level:**    Level 4

08/27/1997    **Class Level:**    Level 4

09/10/1997    **Class Level:**    Level 4

09/26/1997    **Class Level:**    Level 4

09/30/1997    **Class Level:**    Level 4

11/05/1997    **Disciplinary Offense:**    211 - Under Drug/Intoxicant Influence
Lost: 0 days SGT
Isolation
Date In: 12/11/1997   Date Out: 12/25/1997   Total Days: 15

11/07/1997    **Disciplinary Offense:**    115 - Commit Fraud By Mail/Phone
Lost: 30 days SGT
Applied: 0.00 days lost for Discretionary Parole
Applied: 0.00 days lost for Release
Isolation
Date In: 01/09/1998   Date Out: 01/23/1998   Total Days: 15

11/22/1997    **Disciplinary Offense:**    102 - Possession Of A Weapon
Lost: 0 days SGT
Isolation
Date In: 02/06/1998   Date Out: 02/20/1998   Total Days: 15

Virginia Department of Corrections

OSC-107                                    Summary Audit

| Offender #: 185492 | Offender: Johnson, Kevin | Print Date: 9/10/2008 3:13 PM |
|---|---|---|
| Status: Active | Location: Red Onion State Prison | Page: 28 of 41 |

| Date | Event Description | |
|---|---|---|
| 11/22/1997 | Disciplinary Offense: | 198 – Consp./Attempt/Abet 100 Series<br>Lost: 30 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release<br>Isolation<br>Date In: 03/06/1998  Date Out: 03/20/1998  Total Days: 15 |
| 12/11/1997 | Disciplinary Offense: | 105 – Assault Upon Any Person<br>Lost: 90 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release<br>Isolation<br>Date In: 04/03/1998  Date Out: 04/17/1998  Total Days: 15 |
| 12/11/1997 | Class Level: | Level 4 |
| 12/25/1997 | Class Level: | Level 4 |
| 01/09/1998 | Class Level: | Level 4 |
| 01/23/1998 | Class Level: | Level 4 |
| 02/06/1998 | Class Level: | Level 4 |
| 02/11/1998 | Disciplinary Offense: | 105 – Assault Upon Any Person<br>Lost: 30 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release<br>Isolation<br>Date In: 05/29/1998  Date Out: 06/12/1998  Total Days: 15 |
| 02/11/1998 | Disciplinary Offense: | 105 – Assault Upon Any Person<br>Lost: 0 days SGT<br>Isolation<br>Date In: 08/21/1998  Date Out: 08/31/1998  Total Days: 11<br>15D ISOL 4D SUSPENDED |
| 02/11/1998 | Disciplinary Offense: | 201 – Disobeying An Order<br>Lost: 0 days SGT<br>Isolation<br>Date In: 07/24/1998  Date Out: 08/07/1998  Total Days: 15 |
| 02/11/1998 | Disciplinary Offense: | 114 – Participate/Encourage Grp.Demo<br>Lost: 0 days SGT<br>Isolation<br>Date In: 05/01/1998  Date Out: 05/15/1998  Total Days: 15 |

Virginia Department of Corrections

OSC-107                                    Summary Audit

| Offender #: 185492 | Offender: Johnson, Kevin | Print Date: 9/10/2008 3:13 PM |
|---|---|---|
| Status:  Active | Location:  Red Onion State Prison | Page:      29 of 41 |

| Date | Event Description | |
|---|---|---|
| 02/11/1998 | Disciplinary Offense: | 201 – Disobeying An Order<br>Lost: 0 days SGT<br>Isolation<br>Date In: 06/26/1998   Date Out: 07/10/1998   Total Days: 15 |
| 02/20/1998 | Class Level: | Level 4 |
| 03/06/1998 | Class Level: | Level 4 |
| 03/20/1998 | Class Level: | Level 4 |
| 04/03/1998 | Class Level: | Level 4 |
| 04/17/1998 | Class Level: | Level 4 |
| 05/01/1998 | Class Level: | Level 4 |
| 05/15/1998 | Class Level: | Level 4 |
| 05/29/1998 | Class Level: | Level 4 |
| 06/09/1998 | Disciplinary Offense: | 102 – Possession Of A Weapon<br>Lost: 0 days SGT<br>15 DAYS ISOLATION |
| 06/12/1998 | Class Level: | Level 4 |
| 06/18/1998 | Class Level: | Level 4 |
| 06/26/1998 | Class Level: | Level 4 |
| 07/10/1998 | Class Level: | Level 4 |
| 07/24/1998 | Class Level: | Level 4 |
| 08/07/1998 | Class Level: | Level 4 |
| 08/21/1998 | Class Level: | Level 4 |
| 08/31/1998 | Class Level: | Level 4 |
| 11/23/1998 | Disciplinary Offense: | 111 – Damage Prop,; State/Any Person<br>Lost: 30 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release |
| 11/24/1998 | Disciplinary Offense: | 102 – Possession Of A Weapon<br>Lost: 0 days SGT<br>Isolation<br>Date In: 12/02/1998   Date Out: 12/15/1998   Total Days: 14 |

Virginia Department of Corrections

OSC-107                      Summary Audit

| Offender #:  185492 | Offender:  Johnson, Kevin | Print Date: 9/10/2008 3:13 PM |
|---|---|---|
| Status:  Active | Location:  Red Onion State Prison | Page:  30 of 41 |

| Date | Event Description | |
|---|---|---|
| 12/02/1998 | Class Level: | Level 4 |
| 12/15/1998 | Class Level: | Level 4 |
| 04/15/1999 | Disciplinary Offense: | 201 – Disobeying An Order<br>Lost: 10 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release |
| 04/16/1999 | Disciplinary Offense: | 201 – Disobeying An Order<br>Lost: 10 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release |
| 04/20/1999 | Disciplinary Offense: | 201 – Disobeying An Order<br>Lost: 10 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release |
| 04/21/1999 | Disciplinary Offense: | 201 – Disobeying An Order<br>Lost: 10 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release |
| 05/10/1999 | Disciplinary Offense: | 201 – Disobeying An Order<br>Lost: 15 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release |
| 05/11/1999 | Disciplinary Offense: | 224 – Possession Of Contraband<br>Lost: 30 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release |
| 05/11/1999 | Disciplinary Offense: | 110 – Possession; Uniform Or Parts<br>Lost: 60 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release |
| 05/16/1999 | Disciplinary Offense: | 111 – Damage Prop,; State/Any Person<br>Lost: 30 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release |

**Virginia Department of Corrections**

OSC-107                                    Summary Audit

| Offender #: 185492 | Offender: Johnson, Kevin | | Print Date: 9/10/2008 3:13 PM |
|---|---|---|---|
| Status: Active | Location: Red Onion State Prison | Page: | 31 of 41 |

| Date | Event Description | |
|---|---|---|
| 06/04/1999 | Disciplinary Offense: | 111 - Damage Prop,; State/Any Person<br>Lost: 30 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release |
| 06/04/1999 | Disciplinary Offense: | 224 - Possession Of Contraband<br>Lost: 15 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release |
| 06/10/1999 | Disciplinary Offense: | 224 - Possession Of Contraband<br>Lost: 15 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release |
| 06/11/1999 | Class Level: | Level 4 |
| 07/07/1999 | Disciplinary Offense: | 205 - Delaying/Hindering Employee<br>Lost: 30 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release |
| 07/18/1999 | Disciplinary Offense: | 198 - Consp./Attempt/Abet 100 Series<br>Lost: 90 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release |
| 07/18/1999 | Disciplinary Offense: | 201 - Disobeying An Order<br>Lost: 30 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release |
| 10/07/1999 | Disciplinary Offense: | 210 - Indecent Exposure<br>Lost: 30 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release |
| 10/21/1999 | Disciplinary Offense: | 210 - Indecent Exposure<br>Lost: 30 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release |

Case 7:10-cv-00415-jlk-mfu   Document 10-7   Filed 02/10/11   Page 8 of 30

| Offender #:  185492 | Offender:  Johnson, Kevin | Print Date:  9/10/2008 3:13 PM |
|---|---|---|
| Status:  Active | Location:  Red Onion State Prison | Page:      32 of 41 |

Date                    Event Description

11/01/1999      **Disciplinary Offense:**      111 – Damage Prop,; State/Any Person
                                               Lost: 30 days SGT
                                               Applied: 0.00 days lost for Discretionary Parole
                                               Applied: 0.00 days lost for Release

11/01/1999      **Disciplinary Offense:**      210 – Indecent Exposure
                                               Lost: 30 days SGT
                                               Applied: 0.00 days lost for Discretionary Parole
                                               Applied: 0.00 days lost for Release

12/03/1999      **Disciplinary Offense:**      224 – Possession Of Contraband
                                               Lost: 30 days SGT
                                               Applied: 0.00 days lost for Discretionary Parole
                                               Applied: 0.00 days lost for Release

12/03/1999      **Disciplinary Offense:**      111 – Damage Prop,; State/Any Person
                                               Lost: 30 days SGT
                                               Applied: 0.00 days lost for Discretionary Parole
                                               Applied: 0.00 days lost for Release

12/16/1999      **Disciplinary Offense:**      201 – Disobeying An Order
                                               Lost: 0 days SGT
                                               Isolation
                                               Date In: 12/27/1999   Date Out: 12/31/1999   Total Days: 5

12/21/1999      **Disciplinary Offense:**      198 – Consp./Attempt/Abet 100 Series
                                               Lost: 60 days SGT
                                               Applied: 0.00 days lost for Discretionary Parole
                                               Applied: 0.00 days lost for Release

12/27/1999      **Class Level:**      Level 4

12/31/1999      **Class Level:**      Level 4

01/04/2000      **Disciplinary Offense:**      212 – Threatening Bodily Harm
                                               Lost: 30 days SGT
                                               Applied: 0.00 days lost for Discretionary Parole
                                               Applied: 0.00 days lost for Release

01/13/2000      **Disciplinary Offense:**      201 – Disobeying An Order
                                               Lost: 0 days SGT
                                               Isolation
                                               Date In: 01/24/2000   Date Out: 02/02/2000   Total Days: 10

Virginia Department of Corrections

OSC-107                                    Summary Audit

| Offender #: 185492 | Offender: Johnson, Kevin | Print Date: 9/10/2008 3:13 PM |
|---|---|---|
| Status: Active | Location: Red Onion State Prison | Page: 33 of 41 |

| Date | Event Description | |
|---|---|---|
| 01/18/2000 | Disciplinary Offense: | 201 – Disobeying An Order<br>Lost: 30 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release |
| 01/24/2000 | Class Level: | Level 4 |
| 02/01/2000 | Disciplinary Offense: | 201 – Disobeying An Order<br>Lost: 0 days SGT<br>Isolation<br>Date In: 02/10/2000   Date Out: 02/24/2000   Total Days: 15 |
| 02/02/2000 | Class Level: | Level 4 |
| 02/02/2000 | Time Comp Memo: | UPON AN AUDIT OF THIS RECORD, THE DATES OF OFFENSE FOR THE TRESPASSING & BRANDISHING FIREARM CHARGES DATED 6/19/90 WERE INCORRECT.  THIS UPDATE CORRECTS. |
| 02/10/2000 | Class Level: | Level 4 |
| 02/24/2000 | Class Level: | Level 4 |
| 04/16/2000 | Disciplinary Offense: | 224 – Possession Of Contraband<br>Lost: 30 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release |
| 04/16/2000 | Disciplinary Offense: | 105 – Assault Upon Any Person<br>Lost: 180 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release |
| 04/16/2000 | Disciplinary Offense: | 105 – Assault Upon Any Person<br>Lost: 30 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release |
| 05/13/2000 | Disciplinary Offense: | 102 – Possession Of A Weapon<br>Lost: 90 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release |
| 06/06/2000 | Disciplinary Offense: | 201 – Disobeying An Order<br>Lost: 30 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release |

Virginia Department of Corrections

**OSC-107**                                                    Summary Audit

| | | |
|---|---|---|
| **Offender #:** 185492 | **Offender:** Johnson, Kevin | **Print Date:** 9/10/2008 3:13 PM |
| **Status:** Active | **Location:** Red Onion State Prison | **Page:** 34 of 41 |

| <u>Date</u> | <u>Event Description</u> | |
|---|---|---|
| 08/15/2000 | **Disciplinary Offense:** | 111 – Damage Prop,; State/Any Person<br>Lost: 30 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release |
| 08/28/2000 | **Disciplinary Offense:** | 111 – Damage Prop,; State/Any Person<br>Lost: 30 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release |
| 08/28/2000 | **Disciplinary Offense:** | 111 – Damage Prop,; State/Any Person<br>Lost: 15 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release |
| 10/28/2000 | **Disciplinary Offense:** | 201 – Disobeying An Order<br>Lost: 0 days SGT<br>Isolation<br>Date In: 11/07/2000    Date Out: 11/21/2000    Total Days: 15 |
| 11/07/2000 | **Class Level:** | Level 4 |
| 11/09/2000 | **Disciplinary Offense:** | 201 – Disobeying An Order<br>Lost: 0 days SGT<br>Isolation<br>Date In: 11/22/2000    Date Out: 12/06/2000    Total Days: 15 |
| 11/21/2000 | **Class Level:** | Level 4 |
| 11/22/2000 | **Class Level:** | Level 4 |
| 11/27/2000 | **Disciplinary Offense:** | 239A – Simple Assault Upon A Non-Inmate<br>Lost: 0 days SGT<br>Isolation<br>Date In: 01/06/2001    Date Out: 01/20/2001    Total Days: 15 |
| 11/27/2000 | **Disciplinary Offense:** | 201 – Disobeying An Order<br>Lost: 0 days SGT<br>Isolation<br>Date In: 12/22/2000    Date Out: 01/05/2001    Total Days: 15 |
| 12/06/2000 | **Class Level:** | Level 4 |
| 12/22/2000 | **Class Level:** | Level 4 |

Virginia Department of Corrections

**OSC-107**

**Summary Audit**

| Offender #: 185492 | Offender: Johnson, Kevin | | Print Date: 9/10/2008 3:13 PM |
|---|---|---|---|
| Status: Active | Location: Red Onion State Prison | Page: | 35 of 41 |

| Date | Event Description | |
|---|---|---|
| 12/28/2000 | **Disciplinary Offense:** | 111 – Damage Prop,; State/Any Person<br>Lost: 0 days SGT<br>Isolation<br>Date In: 02/05/2001   Date Out: 03/05/2001   Total Days: 29 |
| 12/29/2000 | **Disciplinary Offense:** | 102 – Possession Of A Weapon<br>Lost: 90 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release<br>Isolation<br>Date In: 03/22/2001   Date Out: 04/20/2001   Total Days: 30 |
| 01/05/2001 | **Class Level:** | Level 4 |
| 01/06/2001 | **Class Level:** | Level 4 |
| 01/20/2001 | **Class Level:** | Level 4 |
| 02/05/2001 | **Disciplinary Offense:** | 111 – Damage Prop,; State/Any Person<br>Lost: 20 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release |
| 02/05/2001 | **Class Level:** | Level 4 |
| 02/10/2001 | **Disciplinary Offense:** | 102 – Possession Of A Weapon<br>Lost: 0 days SGT<br>Isolation<br>Date In: 05/07/2001   Date Out: 06/05/2001   Total Days: 30 |
| 03/05/2001 | **Class Level:** | Level 4 |
| 03/22/2001 | **Class Level:** | Level 4 |
| 03/29/2001 | **Disciplinary Offense:** | 201 – Disobeying An Order<br>Lost: 0 days SGT<br>Isolation<br>Date In: 06/21/2001   Date Out: 07/05/2001   Total Days: 15 |
| 04/03/2001 | **Disciplinary Offense:** | 105A – Aggravated Assault Upon A Non-Inmate<br>Lost: 90 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release<br>Isolation<br>Date In: 07/21/2001   Date Out: 08/19/2001   Total Days: 30 |

...ginia Department of Corrections

OSC-107                                    Summary Audit

| Offender #: 185492 | Offender: Johnson, Kevin | Print Date: 9/10/2008 3:13 PM |
|---|---|---|
| Status: Active | Location: Red Onion State Prison | Page: 36 of 41 |

**Date**          **Event Description**

04/03/2001     **Disciplinary Offense:**     105A – Aggravated Assault Upon A Non-Inmate
                                             Lost: 90 days SGT
                                             Applied: 0.00 days lost for Discretionary Parole
                                             Applied: 0.00 days lost for Release
                                             Isolation
                                             Date In: 09/04/2001    Date Out: 10/03/2001    Total Days: 30

04/10/2001     **Disciplinary Offense:**     111 – Damage Prop,; State/Any Person
                                             Lost: 0 days SGT
                                             Isolation
                                             Date In: 10/19/2001    Date Out: 11/02/2001    Total Days: 15

04/17/2001     **Disciplinary Offense:**     224 – Possession Of Contraband
                                             Lost: 0 days SGT
                                             Isolation
                                             Date In: 11/03/2001    Date Out: 11/07/2001    Total Days: 5
                                             10 DAYS ISO REDU TO 5

04/20/2001     **Class Level:**              Level 4

05/01/2001     **Disciplinary Offense:**     224 – Possession Of Contraband
                                             Lost: 0 days SGT
                                             Isolation
                                             Date In: 11/26/2001    Date Out: 12/05/2001    Total Days: 10

05/07/2001     **Class Level:**              Level 4

06/05/2001     **Class Level:**              Level 4

06/08/2001     **Disciplinary Offense:**     111 – Damage Prop,; State/Any Person
                                             Lost: 0 days SGT
                                             Isolation
                                             Date In: 12/06/2001    Date Out: 12/20/2001    Total Days: 15

06/11/2001     **Class Level:**              Level 4

06/19/2001     **Disciplinary Offense:**     239A – Simple Assault Upon A Non-Inmate
                                             Lost: 0 days SGT
                                             Isolation
                                             Date In: 02/01/2002    Date Out: 02/15/2002    Total Days: 15

06/19/2001     **Disciplinary Offense:**     201 – Disobeying An Order
                                             Lost: 0 days SGT
                                             Isolation
                                             Date In: 01/22/2002    Date Out: 01/31/2002    Total Days: 10

Virginia Department of Corrections

| OSC-107 | | | Summary Audit | | |
|---|---|---|---|---|---|

| Offender #: 185492 | Offender: Johnson, Kevin | Print Date: 9/10/2008 3:13 PM |
|---|---|---|
| Status: Active | Location: Red Onion State Prison | Page: 37 of 41 |

<u>Date</u>          <u>Event Description</u>

| 06/21/2001 | **Disciplinary Offense:** | 201 – Disobeying An Order |
|---|---|---|

Lost: 0 days SGT
Isolation
Date In: 03/04/2002   Date Out: 03/13/2002   Total Days: 10

06/21/2001   **Class Level:**   Level 4

06/23/2001   **Disciplinary Offense:**   111 – Damage Prop,; State/Any Person
Lost: 0 days SGT
Isolation
Date In: 03/14/2002   Date Out: 04/02/2002   Total Days: 20

06/25/2001   **Disciplinary Offense:**   201 – Disobeying An Order
Lost: 0 days SGT
Isolation
Date In: 04/18/2002   Date Out: 04/27/2002   Total Days: 10

07/05/2001   **Class Level:**   Level 4

07/21/2001   **Class Level:**   Level 4

08/19/2001   **Disciplinary Offense:**   201 – Disobeying An Order
Lost: 0 days SGT
Isolation
Date In: 05/13/2002   Date Out: 05/22/2002   Total Days: 10

08/19/2001   **Class Level:**   Level 4

08/20/2001   **Disciplinary Offense:**   201 – Disobeying An Order
Lost: 0 days SGT
Isolation
Date In: 05/23/2002   Date Out: 06/01/2002   Total Days: 10

09/02/2001   **Disciplinary Offense:**   201 – Disobeying An Order
Lost: 0 days SGT
Isolation
Date In: 06/17/2002   Date Out: 07/01/2002   Total Days: 15

09/03/2001   **Disciplinary Offense:**   210B – Indecent Exposure
Lost: 0 days SGT
Isolation
Date In: 07/02/2002   Date Out: 07/16/2002   Total Days: 15

OSC-107                              **Summary Audit**

| Offender #: 185492 | Offender: Johnson, Kevin | Print Date: 9/10/2008 3:13 PM |
|---|---|---|
| Status: Active | Location: Red Onion State Prison | Page: 38 of 41 |

<u>Date</u>          <u>Event Description</u>

09/04/2001     **Disciplinary Offense:**     201 – Disobeying An Order
Lost: 0 days SGT
Isolation
Date In: 08/01/2002    Date Out: 08/10/2002    Total Days: 10

09/04/2001     **Class Level:**     Level 4

09/10/2001     **Disciplinary Offense:**     201 – Disobeying An Order
Lost: 0 days SGT
Isolation
Date In: 08/26/2002    Date Out: 09/09/2002    Total Days: 15

09/10/2001     **Disciplinary Offense:**     201 – Disobeying An Order
Lost: 0 days SGT
Isolation
Date In: 09/10/2002    Date Out: 09/24/2002    Total Days: 15

09/19/2001     **Disciplinary Offense:**     224 – Possession Of Contraband
Lost: 0 days SGT
Isolation
Date In: 10/10/2002    Date Out: 10/19/2002    Total Days: 10

10/03/2001     **Class Level:**     Level 4

10/19/2001     **Class Level:**     Level 4

11/02/2001     **Class Level:**     Level 4

11/03/2001     **Class Level:**     Level 4

11/07/2001     **Class Level:**     Level 4

11/26/2001     **Class Level:**     Level 4

12/05/2001     **Class Level:**     Level 4

12/06/2001     **Class Level:**     Level 4

12/20/2001     **Class Level:**     Level 4

01/22/2002     **Class Level:**     Level 4

01/31/2002     **Class Level:**     Level 4

02/01/2002     **Class Level:**     Level 4

02/15/2002     **Class Level:**     Level 4

03/04/2002     **Class Level:**     Level 4

Virginia Department of Corrections

OSC-107                                    Summary Audit

| Offender #:  185492 | Offender:  Johnson, Kevin | | Print Date: 9/10/2008 3:13 PM |
| Status:  Active | Location:  Red Onion State Prison | Page: | 39 of 41 |

| Date | Event Description | |
| --- | --- | --- |
| 03/13/2002 | **Class Level:** | Level 4 |
| 03/14/2002 | **Class Level:** | Level 4 |
| 04/02/2002 | **Class Level:** | Level 4 |
| 04/18/2002 | **Class Level:** | Level 4 |
| 04/27/2002 | **Class Level:** | Level 4 |
| 05/13/2002 | **Class Level:** | Level 4 |
| 05/22/2002 | **Class Level:** | Level 4 |
| 05/23/2002 | **Class Level:** | Level 4 |
| 06/01/2002 | **Class Level:** | Level 4 |
| 06/11/2002 | **Class Level:** | Level 4 |
| 06/17/2002 | **Class Level:** | Level 4 |
| 07/01/2002 | **Class Level:** | Level 4 |
| 07/02/2002 | **Class Level:** | Level 4 |
| 07/16/2002 | **Class Level:** | Level 4 |
| 08/01/2002 | **Class Level:** | Level 4 |
| 08/10/2002 | **Class Level:** | Level 4 |
| 08/26/2002 | **Class Level:** | Level 4 |
| 09/09/2002 | **Class Level:** | Level 4 |
| 09/10/2002 | **Class Level:** | Level 4 |
| 09/24/2002 | **Class Level:** | Level 4 |
| 10/10/2002 | **Class Level:** | Level 4 |
| 10/19/2002 | **Class Level:** | Level 4 |
| 01/29/2003 | **Disciplinary Offense:** | 124 – Spit/Throw Bodily Waste/Fluids On Another<br>Lost: 90 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release |

...ginia Department of Corrections

OSC-107                                Summary Audit

| Offender #: 185492 | Offender: Johnson, Kevin | Print Date: 9/10/2008 3:13 PM |
|---|---|---|
| Status: Active | Location: Red Onion State Prison | Page: 40 of 41 |

| Date | Event Description |
|---|---|
| 03/05/2003 | **Disciplinary Offense:** 119A – Refuse Prevent-Prophylactic Therapy/Contagiou<br>Lost: 90 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release |
| 10/05/2003 | **Disciplinary Offense:** 128 – Enrgng/Prtcptng In Wrk Stppg/Grp Demo<br>Lost: 180 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release |
| 10/28/2003 | **Disciplinary Offense:** 105A – Aggravated Assault Upon A Non-Inmate<br>Lost: 180 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release<br>30 DAYS LOST OF TELEPHON |
| 10/28/2003 | **Disciplinary Offense:** 105A – Aggravated Assault Upon A Non-Inmate<br>Lost: 180 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release<br>30 DAYS LOST OF TELELPHN |
| 10/28/2003 | **Disciplinary Offense:** 105A – Aggravated Assault Upon A Non-Inmate<br>Lost: 180 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release<br>30 DAYS LOST OF TELELPHN |
| 10/28/2003 | **Disciplinary Offense:** 105A – Aggravated Assault Upon A Non-Inmate<br>Lost: 180 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release<br>30 DAYS LOSS OF ELECTRNC |
| 01/15/2004 | **Disciplinary Offense:** 102 – Possession Of A Weapon<br>Lost: 180 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release |
| 03/16/2004 | **Disciplinary Offense:** 119A – Refuse Prevent-Prophylactic Therapy/Contagiou<br>Lost: 90 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release |
| 02/03/2005 | **Disciplinary Offense:** 121 – False Statements/Charges Against An Employee<br>Lost: 90 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release |

\..ginia Department of Corrections

OSC-107                                    Summary Audit

| Offender #: 185492 | Offender: Johnson, Kevin | | Print Date: 9/10/2008 3:13 PM |
|---|---|---|---|
| Status: Active | Location: Red Onion State Prison | Page: | 41 of 41 |

| Date | Event Description | |
|---|---|---|
| 03/07/2005 | Disciplinary Offense: | 119A - Refuse Prevent-Prophylactic Therapy/Contagiou<br>Lost: 90 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release |
| 03/26/2005 | Disciplinary Offense: | 128 - Enrgng/Prtcptng In Wrk Stppg/Grp Demo<br>Lost: 160 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release |
| 03/24/2006 | Disciplinary Offense: | 119A - Refuse Prevent-Prophylactic Therapy/Contagiou<br>Lost: 90 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release |
| 04/23/2006 | Disciplinary Offense: | 122D - Refusal To Submit To Drug Test<br>Lost: 90 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release |
| 05/05/2006 | Disciplinary Offense: | 102 - Possession Of A Weapon<br>Lost: 180 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release |
| 06/12/2006 | Time Comp Memo: | This update reflects the recalculation of release dates under<br>Virginia Coris Offender Sentence Calculation System. |
| 06/28/2006 | Disciplinary Offense: | 128 - Enrgng/Prtcptng In Wrk Stppg/Grp Demo<br>Lost: 120 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release |
| 02/18/2007 | Disciplinary Offense: | 120B - Tampering-Security Materials, Devices, Equip<br>Lost: 30 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release |
| 03/27/2008 | Disciplinary Offense: | 119A - Refuse Prevent-Prophylactic Therapy/Contagiou<br>Lost: 90 days SGT<br>Applied: 0.00 days lost for Discretionary Parole<br>Applied: 0.00 days lost for Release |
| 04/16/2008 | Time Comp Memo: | Subject has charges pending on 5-27-08 in the Wise Circuit<br>Court for Attempt Capital Murder, Make/Possess Weapon, & 3<br>counts of Felonious Assault. |
| 09/10/2008 | Time Comp Memo: | The charges of Attempted Capital Murder. 3 Counts of Felonious<br>Assault and Make/Possess a Weapon were DISMISSED in Wise<br>Co. Circuit Court on 5-6-08. |



*no pc*

*BST*

*XK*

**Richmond Circuit Court**
**Civil Division**
**400 N. 9th Street**
**Richmond, Virginia 23219**

SEP 2 - 2008

**Summons**

To:   VIRGINIA DEPARTMENT OF         Case number: 760CL08003593-00
      CORRECTIONS DIRECTOR
      SVE OFFICE OF THE
      ATTORNEY GENERAL
      900 EAST MAIN ST.
      RICHMOND, VA 23219


The party upon whom this Summons and the attached Complaint are served is hereby
notified that unless within 21 days after such service, response is made by filing
in the clerk's office of this court a pleading in writing, in proper legal form,
the allegations and charges may be taken as admitted and the court may enter an
order, judgment, or decree against such party either by default or after hearing
evidence.

Appearance in person is not required by this Subpoena.

Done in the name of the Commonwealth of Virginia on, Wednesday, August 27, 2008.


Clerk of Court: Bevill M. Dean


                                  By: _____
                                        Catherine White
                                      (~~Clerk~~/Deputy Clerk)


      Instructions:


Attorney's name: OLANDO LEE TRENT
                 PRO SE



                          *atty = 9-12-08*
                          *Court = 9-19-08*

CL08-3593-3

COMMONWEALTH OF VIRGINIA:
IN THE CIRCUIT COURT FOR THE CITY OF RICHMOND

OLANDO LEE TRENT,                                                    plaintiff,

v.

DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS,          defendant.

Serve at: OFFICE OF THE ATTORNEY GENERAL
900 East Main St.
Richmond, Va. 23219

### CIVIL ACTION COMPLAINT

#### PARTIES

1. COMES NOW Olando Lee Trent, who is the pro se plaintiff in this civil action, and is falsely and unlawfully confined within the Virginia Department of Corrections as Kevin Johnson, no. 185792.

2. For reasons stated in the "Statement of Facts" section below, all correspondence and mailings in this case and related hereto, must be directed to plaintiff under the name and prisoner number and address as follows:

Kevin Johnson, no. 185792
Red Onion State Prison
P.O. Box 1900
Pound, Va. 24279

3. The defendant, Virginia Department of Corrections (VADOC) director, is plaintiff's present custodian who is, and has been since 1991, holding plaintiff in prison custody pursuant to criminal judgments of conviction which are void ab initio as to plaintiff. Said VADOC director's official duties and responsibilities are characterized by his official title of office.

#### VENUE

4. Venue of this action lies in this Richmond City Circuit Court under Va. Code § 8.01-693, because plaintiffs' "cause of action" (view, the facts giving rise to his claims for relief herein)[1] arose in 1990 when and as a consequence of his false arrest and confinement in the City Jail for this City of Richmond, Virginia, which arrest and confinement his present continued custody stems from and is a continuation of.

#### JURISDICTION

5. This court has jurisdiction under Va. Code § 17.1-513

#### CHARGE AND INTRODUCTION

6. Plaintiff seeks relief from this court declaring and vacating as void ab initio all criminal judgments of conviction imputed to him and under which he has been, is being, and is to be held in custody, because said judgments of conviction were entered against someone else in absence of jurisdiction over plaintiff's person, the character of those judgments were such that the courts had no power to render them, the modes of procedure by which those judgments were procured were ones that the courts could not lawfully adopt, plaintiff was not a party nor named as a party nor privy to those proceedings, and/or those judgments were procured by extrinsic fraud.

7. Plaintiff also charges that his confinement which began and has

---

[1] An "action" and a "cause of action" are quite different: "action" is defined by [Va. Code § 8.01-2 (1)], and "cause of action" is defined by a set of operative facts which under the substantive law, may give rise to a right of action. Trout v. Comm. Transp. Comm'r, 241 Va. 69, 400 S.E. 2d 182 (1991). Under § 8.01-693 every civil action brought by one confined as a prisoner shall be brought in the court for the city or county in which said prisoner was confined when his "cause of action" accrued. Plaintiff's cause of action accrued while he was confined in the ~~city~~ jail for the City of Richmond.

contined since June 4, 1990 was procured and continues in violation of his constitutional rights against unlawful seizure, to basic procedural protections in criminal proceedings, to due process of law which ensures his entitlement to notice and to be heard before being deprived of his liberty, and of access to the courts under Va. Constitution, Article I §§ 8, 10, 11 and 12 and the U.S. Constitution.

## STATEMENT OF FACTS

8.    The plaintiffs name and identity is Olando Lee Trent. He was born on October 3, 1971 to his parents Lee Royal Trent III and Helena Lawson Trent at the Richmond Memorial Hospital in the city of Richmond, Virginia. See Exhibit I ( a true copy of plaintiffs birth certificate ). Plaintiffs social security number, which was issued in 1985, is 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.

9.    During April 1990 plaintiff was misidentified to Richmond city police as Kevin Johnson, by a civilian bystander on a dark street who was under duress, and mistook plaintiff for an actual person named Kevin Johnson. The actual Kevin Johnson was sought by said police as a suspect in various crimes in the city of Richmond, but no accurate description or positive identification had been obtained by said police of the said Kevin Johnson.

10.    Subsequently, on June 4, 1990 plaintiff was falsely arrested by the same Richmond police to whom he'd been previously misidentified, and confined in the Richmond city jail under the false name and identity of Kevin Johnson, and pursuant to criminal warrants and indictments which were issued by magistrates and grand juries against the actual Kevin Johnson and not against the plaintiff.

11.    Plaintiff was not then and has never been charged with any written or other criminal offenses, nor has he ever been served with any such charges nor process ( summonses nor capiases) for any crimes or criminal proceedings. Plaintiff has also never been named as a defendant nor privy to any defendant in any criminal proceedings.

12.    Plaintiff has also never voluntarily or knowingly waived formal charges or service of process in any criminal proceedings, nor has he otherwise voluntarily appeared before any criminal court as a defendant to or in any criminal proceedings.

13.    Both to the arresting police and to his jail and prison custodians, plaintiff persistently protested that he is not Kevin Johnson but is Olando Lee Trent. These protestations were and have been at all times disregarded or evaded by said police and custodians despite that plaintiff produced various records and blood relatives and witnesses to corroborate his actual name and identity.

14.    Consequently, while he was confined in the Richmond Jail from June 4, 1990 through July 1991, plaintiff refused to answer to or acknowledge the name Kevin Johnson, with the result that he was denied visits from friends and relatives and to send and receive mail, because jail officials refused to address him by or to acknowledge his actual name.

15.    During and since the time that plaintiff was confined at the Richmond jail there were other individuals confined at the jail whose names were also Kevin Johnson or had similar names.

16.    While he was confined to the jail various criminal charges, convictions and sentences which were adjudicated against one or more persons named Kevin Johnson, who posed as a Kevin Johnson, or who had similar names, were falsely imputed to plaintiff, which criminal proceedings plaintiff was not named in, was never lawfully arrested nor

2

served with process in relation to, and did not participate in.

17.   During July 1991, while jail classification officials were supposedly investigating plaintiff's complaints of being held in jail with no charges and under someone else's name and identity, plaintiff was transferred from the jail to the VDOC still under the name Kevin Johnson, and was assigned VDOC prisoner number 185492. Plaintiff has since remained confined within the VDOC.

18.   Just as occurred in the jail, throughout plaintiffs' VDOC confinement, VDOC officials have always refused to identify him by his actual name and identity ( viz, Olando Lee Trent) and forbid him to communicate with anyone by mail, including the courts and prison officials, using his ~~actual~~ actual name. when he has tried to correspond using his actual name, the mail is not processed or delivered. Mail sent to him in his actual name is returned to the senders with the indication that there is noone housed ~~so~~ within the VDOC by the name Olando Lee Trent. Prison officials justify this by claiming that plaintiff was sentenced to prison under the name Kevin Johnson, although he was not, and therefore this is the only name they will recognize him by. He has ~~these~~ therefore had to identify himself by the name Kevin Johnson in all communications with the courts and otherwise during his years of VDOC confinement.

19.   Due to plaintiffs' persistence over the years in trying to assert and prove his actual identity to his detainers, VDOC officials have amassed a great deal of records which they acknowledge prove his actual name and identity to be Olando Lee Trent, yet they refuse to formally recognize his actual name as anything but an alias, because to do so would automatically impugn the legitimacy of his imprisonment and the fact that he has never been charged with any crimes by warrant, indictment nor otherwise, and that the criminal adjudications falsely imputed to him under the name Kevin Johnson, were made against someone else who answers to the name Kevin Johnson and not the plaintiff.

20.   Over his years of confinement plaintiff has received numerous written admissions from VDOC officials ( e.g. prison counselors and records keeping officials) admitting that plaintiff's name and identity is not Kevin Johnson, that he and Kevin Johnson are not one and the same person and that he is being held in prison upon criminal adjudications ~~against~~ that did not name or involve him.

21.   In an unrelated pending federal civil action brought by plaintiff under 42 U.S.C. § 1983 for unconstitutional use of excessive force and denied medical care, ( which has been set for jury trial), plaintiff attempted to raise the facts asserted herein on an independent Motion to Vacate. In that case and on that motion the Virginia attorney general's office admitted and conceded the following specific facts and conclusions ~~and~~ as true :

  a) "that the person who is incarcerated within the Virginia Department of Corrections (VDOC) as Kevin Johnson, # 185492, ... is being held in prison custody based upon criminal adjudications which he was not a party nor privy to, which proceedings he never appeared or participated in as a party defendant, and which proceedings he had nothing to do with."

  b) "that the person who is incarcerated within the VDOC as Kevin Johnson, # 185492, ... has never been charged with, nor served with written notice of, nor served with process ( capias or summons) upon any of the crimes for which he has been or is being held in

prison custody;"

c) "that the plaintiff herein cannot be bound by any criminal judgments of conviction entered in any prior criminal proceedings in which he was not named as a party or privy to a party thereto. See, Richards v. Jefferson County, 517 U.S. 793, 797 n. 4, 798, 800 n. 5 (1996);"

d) "the person who is incarcerated within the VADC as Kevin Johnson, #185492, has at all times been and continues to be subjected to unlawful detention pursuant to criminal judgments that are void ab initio as to him in violation of the 4th Amendment, and that the VADC is without lawful authority to continue to retain him in prison custody."

e) that these "void judgments [under which plaintiff is confined] are] without legal effect and invalid as to plaintiff" and "may be challenged anytime, anywhere, by anyone and in any manner, directly or collaterally...."

22.   The motion was not decided on the merits in that case, however, because the federal court found it did not have jurisdiction to decide the motion based upon the nature of the claims before it. See Exhibit II.

23.   Plaintiff attaches also Exhibit III hereto, which is a summary listing of the criminal convictions and proceedings addressed herein under which he is being unlawfully detained in prison custody.

24.   The total sentence(s) imputed falsely to plaintiff upon which he is being unlawfully held in prison custody totals single life, 43 years, 13 months and 30 days. These sentences include 13 years and 9 months imputed to plaintiff by the Mecklenburg County Circuit Court in 1995 and 1996 in criminal proceedings which he was also not named as a party or privy to, was never served with any written criminal charges nor process related to, did not voluntarily appear nor waive personal service of process in, and did not participate in the trials of.

25.   Plaintiff has been prevented from bringing these facts before a court prior to 2008 due to jail and prison officials denying him access to needed legal research resources through which he would have learned sooner how, and upon what legal grounds, to challenge his unlawful confinement, and because of their refusing to permit him to correspond with and identify himself to the courts by his actual name and identity, and his only recently being able to obtain a copy of his birth certificate with which to prove his actual name and identity to the courts.

26.   Plaintiff has never petitioned any court for ~~leave~~ nor been granted any legal name change under Va. Code § 8.01-217, to change his name from Olando Lee Trent to Kevin Johnson.

27.   The name Kevin Johnson is not a name that plaintiff has ever willfully and voluntarily assumed, and is not an alias of plaintiff's. He was never known by this name to anyone before police imputed it falsely to him upon his false arrest in 1990. Jail and prison officials have forced plaintiff to be identified as Kevin Johnson.

Pursuant to Va. Code § 8.01-280 plaintiff swears that he believes the foregoing facts to be true.

Plaintiff submits that he believes this case can be decided on the record without need of ore tenus proceedings or any further filings by ~~me~~ him herein.

THEREFORE, plaintiff seeks the following relief from this court:

A.   Judgment or decree declaring and vacating as void ab initio as

4

against plaintiff all criminal judgments of conviction imputed to him and under which he has been, is, and is to be confined in jail and VADC custody, as listed in Exhibit III.

B.    Any further relief deemed appropriate herein, including release from custody.
C.    Costs and fees,

Submitted by,

_Orlando Lee Trent_

reply to :  Kevin Johnson, no. 185492
            Red Onion State Prison
            P.O. Box 1900
            Pound, Va. 24279

Sworn Before Me in this county of Wise,
this 20th day of July, 2008

My commission expires : 10-31-2012

TRAVIS S. HALE
NOTARY PUBLIC
REG. #7177871
MY COMMISSION
EXPIRES
10/31/2012
COMMONWEALTH OF VIRGINIA

5

## COMMONWEALTH OF VIRGINIA — CERTIFICATE OF LIVE BIRTH
### DEPARTMENT OF HEALTH — BUREAU OF VITAL RECORDS AND HEALTH STATISTICS

RICHMOND

REGISTRATION AREA NUMBER **222**   CERTIFICATE NUMBER **6353**   STATE BIRTH NUMBER **145- 71 062120**

**1. FULL NAME OF CHILD:** (first) Olando (middle) Lee (last) Trent

**2. SEX OF CHILD:** male ☒   female ☐

**3. DATE OF BIRTH:** (hour) 6:50 p.m.   (month) October   (day) 3rd.   (year) 1971

**4. THIS BIRTH:** single ☒   twin ☐   triplet ☐

**5. IF TWIN OR TRIPLET, BORN:** 1st ☐   2nd ☐   3rd ☐

**6. NAME OF HOSPITAL OR INSTITUTION OF BIRTH:** Richmond Memorial

**7. COUNTY OF BIRTH:** (if independent city, leave blank)

**8. CITY OR TOWN OF BIRTH:** (if rural—so state) Richmond   inside city or town limits? yes ☒ no ☐

**9. STREET ADDRESS OR ROUTE NO. OF PLACE OF BIRTH:** 1300 Westwood Ave

**10. STATE (OR FOREIGN COUNTRY) OF MOTHER'S RESIDENCE:** Virginia

**11. COUNTY OF RESIDENCE:** (if independent city, leave blank)

**12. CITY OR TOWN OF RESIDENCE:** (if rural—so state) Richmond   inside city or town limits? yes ☒ no ☐

**13. STREET ADDRESS OR ROUTE NO. OF RESIDENCE:** 3210 Enslow Ave   **ZIP CODE** 23222

**14. FULL MAIDEN NAME OF MOTHER:** Helena Clara Lawson

**15. COLOR OR RACE:** Negro

**16. AGE OF MOTHER:** 25 YEARS

**17. MOTHER'S PLACE OF BIRTH:** (state or foreign country) North Carolina

**18. EDUCATION—SPECIFY HIGHEST GRADE COMPLETED:** ELEMENTARY 0, 1, 2 TO 8 | HIGH SCHOOL 1, 2, 3 OR 4 | COLLEGE 1 TO 4 OR 5+ : 4

**19. FULL NAME OF FATHER:** Lee Royal Trent, 3rd.

**20. COLOR OR RACE:** Negro

**21. AGE OF FATHER:** 27 YEARS

**22. FATHER'S PLACE OF BIRTH:** (state or foreign country) Virginia

**23. EDUCATION—SPECIFY HIGHEST GRADE COMPLETED:** ELEMENTARY 0, 1, 2 TO 8 | HIGH SCHOOL 1, 2, 3 OR 4 | COLLEGE 1 TO 4 OR 5+ : 4

**24. I CERTIFY THE ABOVE TO BE CORRECT.** (signature of mother, father, or other informant) *Helena Lawson Trent*   **RELATIONSHIP TO CHILD:** MOTHER

**25. I CERTIFY THAT THIS CHILD WAS BORN ALIVE ON THE DATE AND HOUR STATED ABOVE.** (signature of attendant) *William C. Bailey*   MD ☐   MIDWIFE ☒   OTHER: ☐

**ADDRESS OF ATTENDANT:** 8 East Leigh, Richmond, Va.

**DATE RECORD SIGNED:** 10/4/71

**26. REGISTRAR'S SIGNATURE** *L. G. Rogers*   **DATE REC'D FILED:** OCT 18 1971

**RESERVED FOR REGISTRAR'S USE**

This is to certify that this is a true and correct reproduction or abstract of the official record filed with the State Department of Health, Richmond, Virginia.

AUG 13 1984

Date Issued

*Russell E. Booker Jr.*
RUSSELL E. BOOKER, JR., State Registrar

EXHIBIT I

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **KEVIN JOHNSON,** | ) | |
| Plaintiff | ) | Civil Action No.: 7:05cv00219 |
| | ) | |
| v. | ) | |
| | ) | |
| **MARK WARNER, et al.,** | ) | **ORDER** |
| Defendants | ) | By: PAMELA MEADE SARGENT |
| | ) | United States Magistrate Judge |
| | ) | |

This matter is before the undersigned on the plaintiff's Motion To Declare Void And To Vacate Judgments Of Conviction, (Docket Item No. 270)("Motion"). The Motion asks this court to declare as void ab initio and to vacate numerous of the plaintiff's state court criminal convictions, including those for which he is currently being held. This action is brought by the plaintiff under 42 U.S.C. § 1983, claiming use of excessive force by prisoner guards and inadequate medical treatment by prison medical staff.

Based on the allegations contained in the Motion, and the court's finding that it has no jurisdiction in this case to address the validity of the plaintiff's prior criminal convictions, the Motion is **DENIED**.

The Clerk is directed to send copies of this Order to all counsel of record and unrepresented parties at this time.

ENTERED: June 5, 2008.

/s/ *Pamela Meade Sargent*

UNITED STATES MAGISTRATE JUDGE

-1-

EXHIBIT II

6-5-08

Johnson

**RICHMOND CITY GENERAL DISTRICT COURT - CRIMINAL DIVISION**

| Case number | charge | date judgment of conviction entered | Sentence |
|---|---|---|---|
| unknown | trespassing | 6-19-1990 | 30 days |
| unknown | brandishing a firearm | 6-19-1990 | 12 months with 8 months suspended |

**RICHMOND CITY CIRCUIT COURT - CRIMINAL DIVISION**

| Case number | charge | date judgment of conviction entered | Sentence |
|---|---|---|---|
| CR90-2892-00 | use of firearm | 11-9-1990 | 4 years |
| CR90-2893-00 | malicious wounding | 11-9-1990 | 10 years with 6 years suspended |
| CR90-2894-00 | shooting into an occupied dwelling | 11-9-1990 | imposition suspended |
| CR90-696F-01 | 1st degree murder | 10-29-1990 | single life |
| CR90-696F-02 | use of a firearm | 10-29-1990 | 2 years |
| CR90-697F-01 | attempt murder | 10-29-1990 | ten years |
| CR90-697F-02 | use of a firearm | 10-29-1990 | 4 years |
| CR90-698F-01 | attempt murder | 10-29-1990 | ten years |
| CR90-698F-02 | use of a firearm | 10-29-1990 | 4 years |

**MECKLENBURG COUNTY CIRCUIT COURT - CRIMINAL DIVISION**

| Case number | charge | date judgment of conviction entered | Sentence |
|---|---|---|---|
| CR-94-233-00 | felonious wounding while a prisoner | 9-5-1995 | 8 years |
| CR95-343-00 | possession of a weapon | 8-23-1996 | 5 years |
| CR95-343-01 | assault and battery | 8-23-1996 | 3 months |
| CR95-343-02 | assault and battery | 8-23-1996 | 6 months |

total sentence imputed: single life, 43 years, 13 months and 30 days.

EXHIBIT III

Commonwealth of Virginia:

IN THE CIRCUIT COURT FOR THE CITY OF RICHMOND

Olando Lee Trent,                                                    plaintiff,

v.

Director, Virginia Department of Corrections,            defendant.

MEMORANDUM IN SUPPORT OF CIVIL ACTION
COMPLAINT

## I. AUTHORITY OF THIS COURT TO VACATE VOID JUDGMENTS

"The lack of jurisdiction to enter an order ... renders the order a complete nullity and it may be impeached directly or collaterally by all persons, anywhere, at any time and in any manner." Singh v. Mooney, 261 Va. 48, 52 (2001). "These propositions are elementary and fundamental and are recognized as law everywhere." Finkel Products v. Bell, 205 Va. 927, 933 (1965). Void orders and judgment may be collaterally attacked in an independent equity action, See, Virginia Department of Corrections v. Crowley, 227 Va. 254, 262 (1984); Accord, Va. Code § 8.01-428(D). There are clearly no conditions upon when, where, how and by whom a void judgment may be challenged.

## II. THE JUDGMENTS OF CONVICTION IMPUTED AGAINST PLAINTIFF ARE VOID

A judgment "is void ab initio if entered by a court in the absence of jurisdiction of the subject matter or over the parties, if the character of the orders is such that the court had no power to render it, or if the mode of procedure used by the court was one that the court could not lawfully adopt". Singh v. Mooney, 261 Va. @ 48. Accord, Evans v. Smyth-Wythe Airport Commission, 255 Va. 69, 73 (1998). "A judgment obtained by extrinsic or collateral fraud is also void ab initio". Singh v. Mooney, 261 Va. @ n. 2; Evans v. Smyth-Wythe, 255 Va. @ 73. Extrinsic or collateral fraud is simply "conduct which prevents a fair submission of [a] controversy to the court...." Jones v. Willard, 224 Va. 602, 607 (1983).

void judgment: one which has no legal force or effect, invalidity of which may be asserted by any person whose rights are affected at any time and at any place directly or collaterally. One which, from its inception is and forever continues to be absolutely null, without legal efficacy, ineffectual to bind parties or support a right, of no legal force or effect whatever, and incapable of confirmation, ratification, or enforcement in any manner or to any degree. Judgment is "void judgment" if court that rendered judgment lacked jurisdiction of the subject matter, or of the parties, or acted in a manner inconsistent with due process." Black's Law Dictionary, (6th ed. unabridged, 1991), p.1087.

The criminal judgments imputed against plaintiff are void as to him, for lack of jurisdiction over his person where he was not a party, not served with process nor charged, nor did he appear in ~~various~~ those cases voluntarily; the courts had no power to convict him under any such circumstances nor to bind him by adjudications made against someone else, nor could he be made the lawful subject of criminal charges issued by magistrates and grand juries against someone else and which named someone else as the accused. Such amounts to the grossest injustice and extrinsic fraud.

Holdings which establish the invalidity of such judgments are legion.

"It is a principle of general application in Anglo-American jurisprudence that one is not bound by a judgment in personam in litigation in which he is not designated as a party or to which he has not been made a party by service of process.... A judgment or decree among parties to [a judicial proceeding] resolves issues as among

1

them, but it does not conclude the rights of strangers to those proceedings." Richards v. Jefferson County, 517 U.S. 793, 798 (1996). "[A] person cannot be deprived of his legal rights in a proceeding in which he is not a party." Martin v. Wilkes, 490 U.S. 755, 759 (1989). "The consistent constitutional rule has been that a court has no power to adjudicate a personal claim or obligation unless it has jurisdiction over the person of the defendant." Zenith Corp. v. Hazeltine, 395 U.S. 100, 110 (1969) (judgment vacated as void against person not named or served).

Joinder as a party by service of process" is the method by which potential parties are subjected to the jurisdiction of the court and bound by a judgment or decree." Martin v. Wilkes, 490 U.S. @ 765. "Unless duly summoned to appear in a legal proceeding, a person not a party may rest assured that a judgment ~~rendered~~ recovered therein will not affect his legal rights." Id. "It is true that [a person] not being a party to the earlier actions, and not having a chance to litigate her rights and liabilities, is not bound by the judgments entered therein ...." Blonder Tongue v. Univ. Ill. Found., 402 U.S. 313, 322 n. 9 (1971). A court "cannot, without disregarding the requirement of due process, give a conclusive effect to a prior judgment against one who is neither a party nor ~~was~~ in privity with a party therein." Postal Co. v. City of Newport, 247 U.S. 464, 476 (1918).

No person is required to answer in a [proceeding] on whom process has not been attached." Pennoyer v. Neff, 95 U.S. 714, 728 (1877). A "person[must] have notice of a [judicial proceeding] before he can be conclusively bound by its result." Id. @ 730. "The whole proceeding, without service upon him or his appearance, is coram non judice and void, such a judgment is contrary to the first principle of justice." Id @ 732, and is "An absolute nullity, because rendered without jurisdiction of the tribunal over the party...." Id.
"It is fundamental of course, that no person may be deprived of his [liberty] without due process of law. One of the essentials of due process is notice. This is especially true in proceedings of a judicial nature affecting the [liberty] rights of citizens.
"Jurisdiction is the power to adjudicate a case upon its merits and dispose of it as justice may require. There must be jurisdiction of the subject matter of the litigation and also over the parties thereto. If either is wanting the resulting judgment is void....
"Judgments without personal service of process ... are void judgments, and may be so treated in any proceeding, direct or collateral."
Finkel Products v. Bell, 205 va. @ 931; Windsor v. McVeigh, 93 U.S. 274, 277 (1876) ("Until notice is given, the court has no jurisdiction in any case to proceed to judgment, whatever its authority may be, by the law of its organization, over the subject matter.")

Moreover, in the criminal proceedings imputed to plaintiff he has not been afforded the basic protections of the 6th Amendment, which also renders judgments of convictions therein void ab initio. "[C]ompliance with this constitutional mandate is an essential jurisdictional prerequisite to a... courts authority to deprive an accused of his life and liberty.... If [the] requirement[s] of the Sixth Amendment [are] not complied with, the court no longer has jurisdiction to proceed. The judgment of conviction pronounced by a court without jurisdiction is

void...., Johnson v. Zerbst, 304 U.S. 458 (1938).

III.   PLAINTIFF ENTITLED TO RELIEF HEREIN

There is not no time limitation on the power of a court to vacate a void judgment. Rook v. Rook, 233 Va. 92, 94-95 (1987); VDOC v. Crowley, 227 Va. ⍺ 260. Indeed, "Conventional notions of finality of litigation have no place where life and liberty is at stake and infringement of constitutional rights is alleged." Sanders v. U.S., 373 U.S. 1, 8 (1903).

Plaintiff also has no recourse to any legal remedy such as habeas corpus since more than two years have expired since the conclusion of the proceedings under which he is illegally confined. Va. Code § 8.01-654 (A)(2).

Unless a person is indicted before the expiration of the end of the second term of the court following his arrest, the arrestee "shall be discharged from imprisonment." Waller v. Comm., 84 Va. 492 (1888); Accord, Va. Code § 19.2-242.

IV.   CONCLUSION

It is clear from the facts and law that plaintiff has never been charged nor validly convicted of any crimes justifying his imprisonment. That he is and has been at all times detained based upon criminal judgments that are void as to him.

THEREFORE, this court should declare as void ab initio all criminal judgments imputed to plaintiff and vacate them, and declare that he has never been in prison custody pursuant to valid criminal convictions and order his release from confinement.

Submitted by,

Olando Lee Trent

reply to:   Kevin Johnson, no. 185492
Red Onion State Prison
P.O. Box 1900
Pound, Va. 24279

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY HAVING MAILED A TRUE AND CORRECT COPY OF THE FOREGOING Civil Action. Complaint, Affidavit In Forma Pauperis, Memorandum in support

BY PLACING SAID DOCUMENT(S) INTO CARE OF PRISON OFFICIALS FOR MAILING POSTAGE PREPAID ON THIS __20th__ DAY OF __July__ 200_8_ TO:

Clerk
Richmond Circuit Court
John Marshall Courts Bldg.
400 N. 9th St.
Richmond, Va. 23219

Orlando Lee Trent

City/County of __Wise__
Commonwealth of Virginia
Subscribed and sworn before me
this 20th day of __July__ 20 08 by

Notary Public
My Commission Expires __10-31-2012__

TRAVIS S. HALE
NOTARY PUBLIC
REG. #7177871
MY COMMISSION EXPIRES
10/31/2012
COMMONWEALTH OF VIRGINIA